UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY,<br><br>Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>BLUE BUFFALO COMPANY LTD.,<br><br>Defendant/ Counterclaim Plaintiff. | Case No. 4:14-cv-859-RWS |

**DECLARATION OF ADEEL A. MANGI IN SUPPORT OF BLUE BUFFALO'S OPPOSITION TO NESTLÉ PURINA'S MOTION TO QUASH, CROSS-MOTION TO COMPEL, OPPOSITION TO NESTLÉ PURINA'S MOTION TO SEAL, AND CROSS-MOTION TO CHANGE THE CONFIDENTIALITY DESIGNATION OF MATERIALS PRODUCED BY NESTLÉ PURINA**

I, Adeel Mangi, declare and state as follows:

1. I am a partner at Patterson Belknap Webb & Tyler LLP, counsel for Blue Buffalo Company Ltd. in this action. I am familiar with the prior proceedings in this case and with the facts and circumstances set forth below.

2. I submit this declaration in support of the Opposition of Blue Buffalo to Nestlé Purina's Motion to Quash the Deposition Subpoena to Dr. James Makowski and Cross-Motion to Compel Dr. Makowski's Deposition, and the Opposition of Blue Buffalo to Nestlé Purina's Motion to Seal and Cross-Motion to Change the Confidentiality Designation of Materials Produced by Nestlé Purina.

3. Copies of the following documents are attached as exhibits to this declaration:

    **Exhibit 1:**    Purina.com Homepage visited August 25, 2014

7259551v.1

| | |
|---|---|
| **Exhibit 2:** | Nestlé Purina Facebook Page Excerpts |
| **Exhibit 3:** | Declaration of David Luce, dated June 2, 2014 |
| **Exhibit 4:** | Document Requests in Connection with Blue Buffalo's Motion for Expedited Discovery |
| **Exhibit 5:** | "Microscopic Analysis" by Windsor Laboratories dated January 6, 2014 (PUR001020-24) (Filed Under Seal) |
| **Exhibit 6:** | StenoNotebook labeled "March 2014 Nestlé Petcare Study (PUR__000257-336) (Filed Under Seal) |
| **Exhibit 7:** | Unlabeled Chart Listing Blue Buffalo Products (PUR_000337) (Filed Under Seal) |
| **Exhibit 8:** | Letter from Steven A. Zalesin to Richard Assmus, dated August 1, 2014 |
| **Exhibit 9:** | Letter from Richard Assmus to Steven A. Zalesin, dated August 1, 2014 |
| **Exhibit 10:** | Letter from Richard Assmus to Adeel Mangi, dated August 25, 2014 (Filed Under Seal) |
| **Exhibit 11:** | Blue Buffalo's Complaint and Exhibits |

Executed on August 27, 2014

  /s/ Adeel A. Mangi
Adeel A. Mangi

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2014, I caused the foregoing to be served by email on the following counsel of record:

    Carmine R. Zarlenga
    MAYER BROWN LLP
    1999 K Street
    Washington, DC 20006
    czarlenga@mayerbrown.com

    Richard M. Assmus
    MAYER BROWN LLP
    71 South Wacker Drive
    Chicago, Illinois 60606
    rassmus@mayerbrown.com

    Kristine M. Young
    MAYER BROWN LLP
    71 South Wacker Drive
    Chicago, Illinois 60606
    kyoung@mayerbrown.com

    David A. Roodman
    BRYAN CAVE LLP
    211 North Broadway #3600
    St. Louis, Missouri 63102
    daroodman@bryancave.com

                                                 By: /s/ Vivian Storm