# **EXHIBIT 1**





Making personalized dog food a reality



4 NUTRIENTS THAT PROMOTE COGNITIVE HEALTH FOR CATS



PET FOOD HONESTY



Nutrition Philosophy



Understanding Dog Food



5 BRAIN-PROTECTING NUTRIENTS THAT EVERY DOG OWNER SHOULD KNOW ABOUT



DOG BREED SELECTOR



Power Of Grain



@Purina

We're here to help you with all things pet. Got a question, concern or fun idea?
Tweet @Purina

 TWEET US →

Purina
@Purina
20 hours ago

Does your buddy feel safe at the dog park?
http://t.co/YqxejcHYs7

↶ Reply    ⇄ Retweet    ☆ Favorite   

## We make some of the world's most popular and trusted pet food brands.

Keep your pet happy, healthy and strong with Purina®. Bright eyes, a shiny coat and a playful personality are the telltale signs of any healthy pet, and it all starts with a proper diet. See how Purina is leading the way when it comes to advancing the science of nutrition, health and food products for pets.

SEE ALL OUR DOG BRANDS →

SEE ALL OUR CAT BRANDS →

**SHOP OUR STORE** →



UNITED STATES ▼     TOP ↑

**PURINA**
Your Pet, Our Passion.

SEARCH 🔍


Nestlé
Good Food, Good Life.

### SOCIAL
Facebook Like 314
Facebook
Twitter
YouTube
Petcentric
Pinterest
Google+

### PURINA.COM
Home
Products
Dogs
Cats
Meet Purina
Coupons
Sitemap

### OUR PRODUCTS
Dry Dog Food
Wet Dog Food
Dog Treats
Dog Litter
Dog Training Pads
Wet Cat Food
Dry Cat Food
Cat Treats
Cat Litter

### OUR BRANDS
Purina Veterinary Diets
Purina Pro Plan
Purina ONE
Fancy Feast
Purina Dog Chow
Beneful
Friskies
Purina Cat Chow
Tidy Cats

### COMPANY
About Us
Careers
Nestle Purina Sponsorship
Shop Our Store
Contact Us
Purina Farms
9 Square Ventures

All trademarks are owned by Société des Produits Nestlé S.A., or used with permission.

PRIVACY POLICY | TERMS AND CONDITIONS | CA TRANSPARENCY IN SUPPLY CHAINS ACT | ABOUT OUR ADS

AdChoices