# EXHIBIT 2






 **Joan Martin** I read the lawsuit that Purina posted on their "petfoodhonesty" page. Their only reference to the testing they supposedly did was a chart showing the results from TWO samples of a variety of Blue products. Thats right, TWO samples. I have asked Purina to post the complete lab report, to include who did the testing, where the testing was performed, when and where the samples were obtained, what standards were used to ensure no cross contamination occurred, what equipment was used, what methods were used, particularly what method was used to determine the samples contained by-product as opposed to meat only (no by-product). Purinas response was that the lab testing information was "business confidential". So much for HONESTY, Purina!

Like · Reply · 👍 12 · May 13 at 10:52am · Edited

