# EXHIBIT 5

# FILED UNDER SEAL

# *Windsor Laboratories*

894 **Hawthorn** Avenue • Mechanicsburg, **PA** 17055
Phone: (717) 796-0537 • Fax: (717) 796-0537

Microscopic Evaluation of Agricultural Products          Members of the American Oil Chemists Society (AOCS)

January 6, 2014

TO: Dawn Weilbacher – 3N, Nestle Purina PetCare Company, Checkerboard Square, St. Louis, MO 63164
RE: Microscopic Analysis

| Sample: L1327183-1; 1596A(K) Pet Food Kibble | Estimated Percent: |
|---|---|
| Chicken Meal | 24 |
| Ground Rice | 20 |
| Total Fat | 15 |
| Vegetable Pomace | 14 |
| Poultry By-Product  Meal | 12 |
| Ground Barley | 12 |
| Beet Pulp | 1 |
| Total Chlorides as NaCl | 0.50 |
| pH = 5.8 | |

| Sample: L1327183-2; 1596(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 41 |
| Ground Oats | 30 |
| Total Fat | 15 |
| Ground Rice | 12 |
| Total Chlorides as NaCl | 0.50 |
| Weed Seed Fragments | 0.2 |
| pH = 5.8 | |

| Sample: L1327183-3; 1597A(K) Pet Food Kibble | Estimated Percent: |
|---|---|
| Chicken Meal | 35 |
| Poultry By-Product Meal | 14 |
| Total Fat | 14 |
| Ground Barley | 14 |
| Vegetable Pomace | 12 |
| Ground Rice | 8 |
| Canola Meal | 5 |
| Total Chlorides as NaCl | 0.73 |
| pH = 5.8 | |

2.

| Sample: L1327183-4; 1597(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 48 |
| Ground Barley | 20 |
| Total Fat | 16 |
| Ground Rice | 10 |
| Meat & Bone Meal | 2.5 |
| Vegetable Pomace | 1 |
| Total Chlorides as NaCl | 0.54 |
| Weed Seed Fragments | 0.5 |
| pH = 6.0 | |

| Sample: L1327183-5; 1598A(K) Pet Food Kibble | Estimated Percent: |
|---|---|
| Chicken Meal | 38 |
| Poultry By-Product Meal | 18 |
| Total Fat | 15 |
| Ground Barley | 9 |
| Ground Rice | 8 |
| Canola Meal | 5 |
| Vegetable Pomace | 3 |
| Meat & Bone Meal | 2 |
| Total Chlorides as NaCl | 0.72 |
| pH = 5.8 | |

| Sample: L1327183-6; 1598B(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 76 |
| Total Fat | 12 |
| Ground Yellow Corn | 5 |
| Millet | 3 |
| Dehydrated Alfalfa Meal | 2 |
| Total Chlorides as NaCl | 0.42 |
| Weed Seed Fragments | 0.2 |
| pH = 5.8 | |

3.

| Sample: L1327183-7; 1599(A) Pet Food Kibble | Estimated Percent: |
|---|---|
| Ground Rice | 47 |
| Chicken Meal | 20 |
| Total Fat | 14 |
| Poultry By-Product Meal | 10 |
| Vegetable Pomace | 4 |
| Canola Meal | 3 |
| Total Chlorides as NaCl | 0.84 |
| pH = 6.0 | |

| Sample: L1327183-8; 1599(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 70 |
| Total Fat | 14 |
| Ground Barley | 5 |
| Millet | 5 |
| Ground Rice | 4 |
| Total Chlorides as NaCl | 0.84 |
| Weed Seed Fragments | 0.2 |
| pH = 6.0 | |

| Sample: L1327184-1; 1605M 316510820713; One Beyond | Estimated Percent: |
|---|---|
| Chicken Meal | 28 |
| Canola Meal | 24 |
| Ground Rice | 18 |
| Total Fat | 18 |
| Ground Barley | 10 |
| Total Chlorides as NaCl | 0.72 |
| pH = 5.8 | |

| Sample: L1327184-2; 1601A 321310820525; Canyon Creek Ranch | Estimated Percent: |
|---|---|
| Chicken Meal | 24 |
| Ground Rice | 22 |
| Ground Barley | 18 |
| Total Fat | 18 |
| Potato Starch (?) | 8 |
| Dried Carrot | 4 |
| Canola Meal | 3 |
| Total Chlorides as NaCl | 1.08 |
| pH = 5.8 | |

4.

Sample: L1327184-3; 1602A 332410821733; Pro Plan Select     <u>Estimated Percent</u>:

| | |
|---|---|
| Chicken Meal | 35 |
| Hydrolyzed Starch* | 28 |
| Total Fat | 17 |
| Canola Meal | 13 |
| Fish Meal | 3 |
| Beet Pulp | 1 |
| Total Chlorides as NaCl | 1.0 |
| Calcium Carbonate | 0.1 |

pH = 5.8

*The starch source has undergone such complete hydrolysis that identification via compound or stereo microscopy is not possible.


Signed _____
James V. Makowski, Ph.D.
Microscopist
Makowski@messiah.edu

**CONFIDENTIAL**                                                                              **PUR_000256**

# Windsor Laboratories
894 Hawthorn Avenue • Mechanicsburg, PA 17055
Phone: (717) 796-0537 • Fax: (717) 796-0537

Microscopic Evaluation of Agricultural Products          Members of the American Oil Chemists Society (AOCS)

January 6, 2014

TO: Dawn Weilbacher – 3N, Nestle Purina PetCare Company, Checkerboard Square, St. Louis, MO 63164
RE: Microscopic Analysis

| Sample: L1327183-1; 1596A(K) Pet Food Kibble | Estimated Percent: |
|---|---|
| Chicken Meal | 24 |
| Ground Rice | 20 |
| Total Fat | 15 |
| Vegetable Pomace | 14 |
| Poultry By-Product Meal | 12 |
| Ground Barley | 12 |
| Beet Pulp | 1 |
| Total Chlorides as NaCl | 0.50 |
| pH = 5.8 | |

| Sample: L1327183-2; 1596(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 41 |
| Ground Oats | 30 |
| Total Fat | 15 |
| Ground Rice | 12 |
| Total Chlorides as NaCl | 0.50 |
| Weed Seed Fragments | 0.2 |
| pH = 5.8 | |

| Sample: L1327183-3; 1597A(K) Pet Food Kibble | Estimated Percent: |
|---|---|
| Chicken Meal | 35 |
| Poultry By-Product Meal | 14 |
| Total Fat | 14 |
| Ground Barley | 14 |
| Vegetable Pomace | 12 |
| Ground Rice | 8 |
| Canola Meal | 5 |
| Total Chlorides as NaCl | 0.73 |
| pH = 5.8 | |

CONFIDENTIAL                                                                                                                                           PUR 001020

2.

| Sample: L1327183-4; 1597(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 48 |
| Ground Barley | 20 |
| Total Fat | 16 |
| Ground Rice | 10 |
| Meat & Bone Meal | 2.5 |
| Vegetable Pomace | 1 |
| Total Chlorides as NaCl | 0.54 |
| Weed Seed Fragments | 0.5 |
| pH = 6.0 | |

| Sample: L1327183-5; 1598A(K) Pet Food Kibble | Estimated Percent: |
|---|---|
| Chicken Meal | 38 |
| Poultry By-Product Meal | 18 |
| Total Fat | 15 |
| Ground Barley | 9 |
| Ground Rice | 8 |
| Canola Meal | 5 |
| Vegetable Pomace | 3 |
| Meat & Bone Meal | 2 |
| Total Chlorides as NaCl | 0.72 |
| pH = 5.8 | |

| Sample: L1327183-6; 1598B(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 76 |
| Total Fat | 12 |
| Ground Yellow Corn | 5 |
| Millet | 3 |
| Dehydrated Alfalfa Meal | 2 |
| Total Chlorides as NaCl | 0.42 |
| Weed Seed Fragments | 0.2 |
| pH = 5.8 | |

**CONFIDENTIAL**                                                                                                                                    PUR 001021

3.

| Sample: L1327183-7; 1599(A) Pet Food Kibble | Estimated Percent: |
|---|---|
| Ground Rice | 47 |
| Chicken Meal | 20 |
| Total Fat | 14 |
| Poultry By-Product Meal | 10 |
| Vegetable Pomace | 4 |
| Canola Meal | 3 |
| Total Chlorides as NaCl | 0.84 |
| pH = 6.0 | |

| Sample: L1327183-8; 1599(B) Pet Food Dark Bits | Estimated Percent: |
|---|---|
| Canola Meal | 70 |
| Total Fat | 14 |
| Ground Barley | 5 |
| Millet | 5 |
| Ground Rice | 4 |
| Total Chlorides as NaCl | 0.84 |
| Weed Seed Fragments | 0.2 |
| pH = 6.0 | |

| Sample: L1327184-1; 1605M 316510820713; One Beyond | Estimated Percent: |
|---|---|
| Chicken Meal | 28 |
| Canola Meal | 24 |
| Ground Rice | 18 |
| Total Fat | 18 |
| Ground Barley | 10 |
| Total Chlorides as NaCl | 0.72 |
| pH = 5.8 | |

| Sample: L1327184-2; 1601A 321310820525; Canyon Creek Ranch | Estimated Percent: |
|---|---|
| Chicken Meal | 24 |
| Ground Rice | 22 |
| Ground Barley | 18 |
| Total Fat | 18 |
| Potato Starch (?) | 8 |
| Dried Carrot | 4 |
| Canola Meal | 3 |
| Total Chlorides as NaCl | 1.08 |
| pH = 5.8 | |

CONFIDENTIAL

PUR 001022

4.

| Sample: L1327184-3; 1602A 332410821733; Pro Plan Select | Estimated Percent: |
|---|---|
| Chicken Meal | 35 |
| Hydrolyzed Starch* | 28 |
| Total Fat | 17 |
| Canola Meal | 13 |
| Fish Meal | 3 |
| Beet Pulp | 1 |
| Total Chlorides as NaCl | 1.0 |
| Calcium Carbonate | 0.1 |

pH = 5.8

*The starch source has undergone such complete hydrolysis that identification via compound or stereo microscopy is not possible.

Signed _____
James V. Makowski, Ph.D.
Microscopist
Makowski@messiah.edu

CONFIDENTIAL

PUR 001023

Nestlé Purina PetCare

North America

Dawn Weilbacher – 3N
CHECKERBOARD SQUARE
ST. LOUIS, MO 63164-0001, USA
TEL. 314 982 3300
FAX 314 982 1078



December 27, 2013                                      PO: DR 3523

Windsor Laboratories
894 Hawthorn Avenue
Mechanicsburg  PA  17055

Enclosed are 11 samples (L1327183-1 thru 8 & L1327184-1 thru 3) which I need testing for:

## Microscopic Formula Breakdown

**We would like these rushed if possible.**

Please email results when they are available to:  dawn.weilbacher@purina.nestle.com

Send report and invoice to me:

Dawn Weilbacher -  3N
Nestle Purina PetCare Company
Checkerboard Square
St. Louis, MO  63164
Phone:  314-982-3300



**CONFIDENTIAL**                                                                                                  PUR 001024