# EXHIBIT 6

# FILED UNDER SEAL

OM97499

**OfficeMax**

SATISFACTION
GUARANTEED

gregg-ruled
**steno**notebook

anotadores estenográficos con rayado gregg

| FROM MARCH 2014 | NESTLE PETCARE STUDY |
| TO | |
| No. | |
| | |

Dictation. Notes. Screenplays.
Retention. Guaranteed.

Distributed by OfficeMax
© 2012 OMX, Inc. or
© 2012 OfficeMax North America, Inc.
263 Shuman Blvd.
Naperville, IL 60563-1255 USA
Made in USA / Fabricado en EE.UU.
SKU #20805452 / MFG #OM97499

0  11491 97499 2

**80** sheets hojas | **6 in. X 9 in.** 15 x 23 cm

**CONFIDENTIAL**                    **PUR_000257**

Wilderness Adult Chicken Recipe

| | | | | |
|---|---|---|---|---|
| | 3.6 | KIBBLES | 51.283 | 96.0 |
| 1 | 25.5 | BITS | 2.146 | 4.0 |
| 001-2014 | .58.0 | | 53.429 | |
| | 87.1 | | | |

| | | |
|---|---|---|
| CHICKEN | ∨ 26 33 | 31.5 |
| CM | ∨ 36 | |
| TM | | |

| | | |
|---|---|---|
| | | 00.9 |
| TOTAL | | 65.7 |
| STARCH | ∨ 12 | 19.7 |
| VEG Puree | 8 | 86.3 |

BITS

| | | | |
|---|---|---|---|
| | | Fiber | 50 ∨ 48 |
| | | Starch Potatoes | 10 ∨ 12 |
| FAT | ∨ 15 | Dehyd | 18 ∨ |
| FLAX | 1 | Nacl | 0.6 |
| Potatoes | — | Ricebulls | 2 ∨ |
| Dehyd | 0.2 | pH 5.8 | |
| Carrots | — | Total Fat | 16 ∨ |
| Sw Potatoes | — | D/L | 0.1 |
| Blueberries | — | Poultry M | 9 ∨ |
| Cranberries | — | Glycer | 0.5   31.5 |
| Pepper | — | Veg Puree | 2 ∨   30.8 |
| Nacl | 0.5 | | |
| pH 6.0 | | | ✗ |

**CONFIDENTIAL**     **PUR_000258**

William Asser
cheek (cats)

② | 4.9
002-2014 | 26.9
| 52.7
| 84.5

Kibble    30.071  98.2  40-18

Dry Bits   0.537   1.8

Chicken    28

CM/TM   33  ~~30~~

Bits @.5
    .68.4
    18.4
    87.3

FM   10

Pens   —

Fat   17

FLIX   ~~13~~ ~~60~~ 50
Total stat fee fiber  10  13

Flix   0.5

Ppln   3

Potato Total Starch   8  ~~10~~

Rely M   5

Alfalfa   0.5

Rice Hulls   1

CYC   1

Rice Hulls   1

Weed Seed   T

Blend M   T

Fat   15

CaCl₃   0.5

Nacl   0.72

Nacl   0.6

    37.6
    ~~XXX~~

PP  80 73
FM  30 27

Nacl  4.0

**CONFIDENTIAL**            **PUR_000259**

Longevity
Schell Prep

(3)

003-2014

| | | KVSUS | 27.188 | 92.4 |
| | | DK BTB | 2.250 | 7.6 |

EM            ⌄ 18
FISI⁰         ⌄ 22
Br Rein       ⌄ 22                    18.9
Barly         ⌄ 15

Tote Fort     ⌄ 11
Steel         10

BTB
Nacl          0.5    FUa      65 ✓  62
                     Steel    10 ✓  13   T Steel 8
              (ex            P fiber 5
              fiber  Rely M   8 ✓
pH = 6.0             Rew Duds  1 ✓
                     EST      12 ✓
                     PArr      2 ✓
                     Vaglum    0.3
                     CMC       0.2
                     CaClз     T

Luxury Cats

| | | | | 30-15 |
|---|---|---|---|---|
| | 3.3 | KIBBLE | 23.046 | 93.0 |
| (4) | 15.9 | Dark Bits | 1.748 | 7.0 |
| GO4-2014 | 65.9 | | 24.794 | |
| | 85.1 | | | |

Fiber         18 19

Fat Crfbre    16

FM            32

Crfbre Gr Oats  28
Oatmeal

Cr Barley     6

Oatmeal

FAT           17 kg        BITS

                          Flax         52 50

Stand         stand       54 fenbrler   T stud 10
                                         lenfln 4

                          Delyse       12 R

                          PPM          3

                          Veg Protein  2

                          Cr Y Can     0.2

Nacl          0.7         O/G          0.1

                          FAT          16

pH 6.0        &.

                          Nacl 3.8

                                        X

24.5

**CONFIDENTIAL**                    **PUR_000261**

Life Protection
Indoor Chu Rice

(5)
005-2014

| Brown Rice | 3.6 |
| | 3.6 |
| | 31.4 |  30.4 |
| | 31.8 |  31.8 |
| | 17.9 |  35.9 |
| | 84.7 |

KIBBLE    26.469    32-17
                    91.5

OK BTD    2.450    8.5
          28.819

          5.1

chicken          28    28
PBPM        (27)    27  27          28.0

Cr Beef              12

Oats                 5

Cr Rice              8

EM                   3

Stait FL12          (3)

fts

FSA          X  17

Caron        0.2      DW BAD
                      BRAN    58  52
                      FSB      8   Pea fiber  10
                                             5
                      Rely M    8
                      Veg Pan   3
                      P Fby     1
Nacl         0.7      FSA      17
                      Rice Bulls  2
                      Nacl     0.7

                      Nacl 4.0

**CONFIDENTIAL**          **PUR_000262**

Life Protein
Adult Chen &
Bf Rice

( 6 )
006-2014

.2.3
46.8
38.3
81.3

Kibbbh    27,253    95,5
Dn Bros    1.283    4.5

Chicken    ~ 20

CM    ~ 22 35

24 -

Cv Rice    ~ 15 18

Cv Body    ~ 10

Veg Pomace    ~ 6 8

Total Starie    ~ 8 10

Dely se    ~ 2

Fiber    ~ 7

Dk Bits

FLAX    58    58
T. Std    12    Pea Fiber 4    T Stach 8

Total Fib    ~ 14

Fat    ~ 18

Total cl-    0,5

G-Cl-    2

Veg fib    3

ph 5.0

Only AL    ~ 7

Pea Hulls    ~ 1

Fat 15

ph 5.0    Total cl- 0.61

**CONFIDENTIAL**                    **PUR_000263**

|  |  |  |  |
|---|---|---|---|
|  | `3.3` | Kibbh | 22.598 | 93.8 |
| (T) | 52.2 | DK B+2 | 1.494 | 6.2 |
| 007.2014 | 30.9 | | |
|  | 86.4 | | |

| | |
|---|---|
| Chicken | 21 |
| CM | 32 |
| Total Starch | 10 |
| PEN) | 8 |
| Total Fat | 14 |
| Veg Protein | 7 |
| Ov. Linseed | 2 |
| Delg M. | 2 |

DK B+3

```
0.3
63.8
22.9   Flax        57    Total 9
86.2   Linseed  10  18  Re folu   5
       FM        16
```

| | |
|---|---|
| Total Cl⁻. | 0,7 |
| pH 5.2 | |

| | |
|---|---|
| Delg M | 8 2 |
| GT Cu | 2 |
| PMM | 2 |
| Pun Shello | 1 |

pH 5.0    Total Cl⁻ 0,6    Fat 14

**CONFIDENTIAL**                                    **PUR_000264**

|  |  | Kebhu | 24.894 | 95.7 |
| --- | --- | --- | --- | --- |
| ⑧ |  | DKBns | 1.112 | 4.3 |
| OUS-2014 |  |  |  |  |

| Chuch | √ 32 |
| --- | --- |
| CM | √ 28 |

| Pers Filen | ◑ |
| --- | --- |

| Total Store | √ 14 |
| --- | --- |

|  | DK Bts3 |  |
| --- | --- | --- |
|  | √ Tch Fl | 15 |
| Total Fat   √ 14 | √ Flux | 53 |
|  | √ Delpse | 9 |
| FLX   2 | PBIM | 2 |
|  | Pers Bulls | 2 |
| Delpse   1 | √ Pea Fish | 8 |
| Veg Pomme   1 | √ Stal | 8 |
|  | Veg Pom | 1 |
|  | Nace | 0.6 |
| Nace   0.58 |  |  |

**CONFIDENTIAL**

PUR_000265

|  |  | Kibble | 29.280 | 96.1 |
|  |  | DK Bits | 1.180 | 3.9 |

(9)

Aug-2014

| Chol | 35 |
| CM | 24 |

| Stan | 16 |
| Fertilizer | 6 |
| FSV | 12 |

DK Bits

| Flax | 2 |
| Bdy st | 1 |
| Veg Pomace | 2 |

| NaCl | 0.6 |

20/12

| | | | |
|---|---|---|---|
| | 2.1 | Kibble 26.741 | 96.1 |
| (10) | 71.2 | Dk Bity 1,082 | 3.9 |
| @2010-2008 | 16.3 | | |
| | 89.6 | | |
| Chicken | 90 | | |
| CM | 22 | | |
| Stock | 12 | | |
| Pea fiber | — | | |
| Veg Puree | 6.2 | | |
| Dehy se | 2 | | |
| Ru Bulbs | 0.2 | DK Bits | 0.4 |
| Dicel | T | | 73.5 |
| Kce | T | | 12.6 |
| Nace | 0.6 | Flor | 86.5 |
| | | Pea fiber | 56 ✓ |
| Total Fun | 12 | Total Stock | 12 ✓ |
| | | | 8 ✓ |
| Anchovy Oil | | Dehy Se | 84 ✓ |
| | | Cry Con | 2 ✓ |
| | | Total Stock | |
| | | Total Fun | 16 ✓  16 |
| | | Ru Bulbs | 0.2 |

CONFIDENTIAL                    PUR_000267

DK→

(11)

011-2014

| | | | |
|---|---|---|---|
| | .2.7 | LIGHT KIBBLE | 10.483 | 33-14 |
| | 53.9 | | | 41.3 |
| | 27.1 | DARK Kibble | 14.878 | 58.7 |
| | 83.7 | | | |

Fish/Chicken ?    √ 22

FM    √ 4

CM    √ 24

Gr Rice    √ 15

SBM    √ 8

Gr Barley    √ 4

Gr Oats    √ 2      LIGHT   .2.2

Fish √ 18         54.2

                     27.6

                     84.0

Soy Protein Isolate    0.5

Beer Pulp    0.5

$CaCl_2$

NaCl    0.6

~~Phos Ac~~

pH 5.8

Fish      18

NaCl      0.6

pH 5.6

**CONFIDENTIAL**          **PUR_000268**

|  |  |  |  |  |
|---|---|---|---|---|
|  | 2.0 | LT KIBSUB | 13.645 | 51.0 |
| (12) | 41.4 | DK KNYSUS | 13.069 | 49.0 |
| 012-2014 | 21.1 |  | 26.714 |  |
|  | 84.5 |  |  |  |

| | |
|---|---|
| Chnehn | ∨ 28 |
| CM | ∨ 20 |
| | |
| Cr Rici | ∨ 14 |
| SBOM | ∨ 12 |
| Cr Burly | ∨ 8 |
| | |
| Soy P Isol | 0.2 |
| Beet Pulp | 0.3 |
| Veg Promen | 0.1 |
| | |
| Total Fat | ∨ 17 |
| | |
| | |
| NaCl | 0.5 |
| | |
| CaCl3 | T |
| pP Sb | |

```
                    2.9
  (13)             29.2
                   50.
  013-2014         ‾‾‾‾‾
                   82.3


  Church + CM  ~  24  ~~30~~
  ~~KXX~~
  Candy M      ~  28  ~~28~~

  Total
  Stand.           18                    3.7
  ~~Jar~~          ~~24~~                ~~XX~~


  Far              18

  EM               4

  Per Fire         3


  Bur Pulp         0.5


  shee             0.6
```

(14)
014-2014

|  | 3.5 |
|  | 28.2 |
|  | 51.5 |

Chch +CM    36 28

Cr fici    22

Cr (mely    10

Carch M    12

CM

Fair    18

Nacl    0.58

KCl    T

Vg Perva    T

CaCl3    0.1

**CONFIDENTIAL**

**PUR_000271**

|  |  |  |  |  |
|---|---|---|---|---|
|  | 3.1 | Kibble | 25.052 | 94.9 |
| (15) | 27.1 | oh Bib | 1.344 | 5.1 |
| 015-2014 | 48.6 |  |  |  |
|  |  |  |  |  |
| Chuck | 33 |  |  |  |
| CM | 28 |  |  |  |
|  |  |  |  |  |
| leaf sken | 5 |  |  |  |
|  |  |  |  |  |
| Total Fat | 13 |  |  |  |
|  |  |  |  |  |
| Total Struct | 15 | Du Bih |  |  |
|  |  | 7 lea | 52 |  |
|  |  | Fat | 14 |  |
| Flux | 2 | Dry Me | 8 |  |
|  |  | Per Flm | 7 |  |
| Dry BR | 1.5 | Stat | 10 |  |
| Veg Prum | 0.5 | (MM | 1 |  |
|  |  | Run Bulls | 2 |  |
| Nad | 0.6 | Veg Power | 2 |  |
|  |  | Nace | 0.71 |  |

|  |  |  |  |  |
|---|---|---|---|---|
| (16) | 29 | Kibble | 23.661 | 90.0 |
| | 378 | DK Bits | 2.562 | 10.0 |
| 016-2014 | 40.2 | | 26.223 | |

| | | |
|---|---|---|
| Fish | 20 | |
| Cr Rice | 18 | |
| FM | 20 | |
| Oatmeal Cr Oats | 12 | |
| Cr Barly | 12 | |
| F.M | 16 | |
| Starch | | |
| | | 2.7 |
| | | 22.8 |
| | DK Bits | 50.0 |
| | FLSA | 54 |
| | T. Steel | |
| | Rice flour 4 | |
| | Dry M | 9 |
| NaCl | 0.6 | Veg Prune 4 |
| | | Rice Pellets 2 |
| pH | | FAT 15 |
| | Gr Y Corn | 1 |
| | 8 Molds | 1 |
| | Nvce | 6.5 |

(17)
017-2014

|  | | | |
|---|---|---|---|
| | 3.1 | Kibble | 26.620 | 91.0 |
| | 20.8 | DK Bits | 2.632 | 9.0 |
| | 47.6 | | | |

Chichu        ∨ 22
CM            ∨ 20

Cr fun        ∨ 13

Cr Body       ∨ 12

Veg Remove    ∼ 8

Total Starl   ∨ 8

                                2.4
                                54.7
                    DK Bits      26.1
Dely M      ∨ 1    Plac   52  52      Tstard 10
Total ct      0.51  T Stat  fefle       6
                    Dely M  8
Total Fat   ∨ 14   Reu Bids  2
pp 5.0             Veg Prem  3
                   Cr Y Cr   2
                   Nice     0.6
                   FAT      16
                   pp 5.0   Total ct  0.6

**CONFIDENTIAL**                           **PUR_000274**

|  |  |  |  |  |
|---|---|---|---|---|
|  | 2.9 | LIGHT KIPPIL | 11.804 | 45.8 |
| (18) | 54.5 |  |  |  |
| O18-2014 | 28.6 | DARK KIPPIL | 14.078 | 54.2 |
|  | 86.0 |  |  |  |

| FM | 21 |
| CM | 26 |

| Cr Bulg | 3 |
| Cr fine | 14 |
| S Brom | 3 |

| Total FN | 18 |

|  |  | LIGHT | 21 |
|---|---|---|---|
| Soy Protein Isol | .5 |  | 55.1 |
|  | .5 |  | 26.2 |
| Beet Pulp | ✓ | CM | 27 |
|  |  | FM | 22 |
|  |  | FAT | 14 |
| CaCl3 | — | Rice | 15 |
| NaCl | .58 | S Brom | 8 |
|  |  | Bulg | 3 |
|  |  | Oats | 3 |
|  |  | SPI | 0.2 |
|  |  | Pulp | 0.1 |
|  |  | Cl⁻ | 0.02 |

**CONFIDENTIAL**                    **PUR_000275**

| | | Kibble | 27.082 | 97.7 |
|---|---|---|---|---|
| (19) | 4.1 | Dk/bns | 0.633 | 23 |
| 019-2014 | 29.7 | | | |
| | 49.8 | | | |
| Chush | 35 30 | | | |
| CM | 20 | | | |
| Stal | 15 | | | |
| Ren Zhn | 7 | | | |
| | | Dk Ants | | |
| Fan | 16 | | | |
| Flax | 2 | Flax | 58 | |
| Vg Pme | 1 | Fat | 15 | |
| Duly Dr | 2 | Dlyse | 11 | |
| | | Ren Zhn | 6 | |
| Nucl | 0.5 | Stah | 2 | |
| | | PHM | 2 | |
| | | Vg Chom | 0.5 | |
| | | Ren Peds | 2 | |
| | | Nucl | 0.1 | |

**CONFIDENTIAL**                    **PUR_000276**

|  |  |  |  |
|---|---|---|---|
|  | 3N | Kibbles 29.613 | 96.1 |
| (20) | 30.2 | Bits 1.207 | 3.9 |
| 020-2014 | 49.6 | 30.820 | |

| Chicken | 38 | | | |
|---|---|---|---|---|
| Cm/TM | 31 | Bits | | |
| FM | 9 | Flux | 6058 | T stard 8 |
|  |  | Stard | 1 | flex folu 4 |
| Fat | 18 | Dely M | 7 | |
| Flux | 0.5 | PPIM | 5 | |
| Total Stard | 8 | Fat | 14 | |
|  |  | Rice Hulls | 1.5 | |
| Dely Sol. | 0.7 | GYCm | 1 | |
|  |  | Cally | 0.1 | |
| Rice Hulls | 1 | NaCl | 0.4 | |
| Blurg | 0.1 | | | |
| NaCl | 0.69 | | | |

CONFIDENTIAL                                    PUR_000277

3.6
(21)
02-2014
29.9
50.2

CM                    35

Cr Rem               24

Fe r                 18

Camden M (2)

Brody
Very Porous
Ca Cl₃
8 Nace
KCl

**CONFIDENTIAL**                    **PUR_000278**

(ZZ)
OZZ-2014

ZZ
34.7
93.1

Kibble   28.862   96.9
DK Bits   0.910   3.1

Check   ↘ 48
CM   ↘ 22

Stan   ↘ 13

Total FN   ↘ 12

DK Bits
Flax   58
Pea Fiber   14
Total Starch   9

Rly're   ↘ .3
Veg Pomace   ↘ 0.2
Kcl   ↘ T
NaCl   ↘ 0.7
Sul   ↘ T

Dely   3
CMC   1.5

Fat   16
Pea Hulls   0.3

**CONFIDENTIAL**                    **PUR_000279**

(23)
023-2014

3.3
26.8
54.5

Kjhh      28.712      95.8
Dk βλ3    1.262       4.2

Chuh            23

CM              32.30

Total Steal      8

Total FeV        15
Poss             6
Mg Pomeu         8

                        Dk βλ3

FLAA            2
Rely M          2        Fasr      85
                         T         8        Rear fuh   3    T stal 10
                         Delph     9
                         Mglom     2
Total Cl        0.7      Tot       16
                         PRPM      2
         pw 5.2          CyCom     1
                         Null      0.6
                         pw 5.0    Total Cl  0.6

**CONFIDENTIAL**                    **PUR_000280**

|  | | | 24-11 |
|---|---|---|---|
|  | 3.0 | | |
|  | 60.4 | | |
| (24) | 26.4 | | |
| 024-2014 | 89.8 | K13/3us  19.431 | 84.0 |
|  | | DK /343  3.705 | 16.0 |

| | | |
|---|---|---|
| FM | ∨ 15 | 60 |
| FISH | ∖ 25 | F3 |
| Br Rice | ∨ 20 | 7 |
| Barley | ∨ 18 | 11.5 |
| Oatmeal | — | |
| Peas | — | |
| FAT | ∖ 12 | |
| Potatoes Starch | 8 | |
| Carrots | T | |
|  | | 0.4 |
|  | | 83.8 |
|  | | 6.9 |
| Nace | 0.4 | Bris    91.3 |
|  | | FUS      ✗ 67    ✗ Total 8 |
|  | | Starch   ✗ 10.42  Sea futum 48 |
|  | | Dog ph   ✗ 6 |
|  | | Rice Pralls  ✗ 0.5 |
|  | | Veg Romance  ✗ 0.2 |
|  | | FAT      ✗ 11 |
|  | | Nacl     ✗ 0.4 |
|  | | CMC      ✗ 0.1 |
|  | | PBM      18 |
| Nacl  2.6 | | Nacl 2.6    CaU3 T |
| pH  6.0 | | pH 6.0      ✗ |

**CONFIDENTIAL**                    **PUR_000281**

|  |  |  |  |  |
|---|---|---|---|---|
|  | 2.5 |  |  |  |
| (25) | 34.6 | Dk Kibble | 15.277 | 51.1 |
| 025-2014 | 42.9 | Lt Kibble | 14.613 | 48.9 |
|  |  |  |  |  |
| Chick | ⌄ 28 |  |  |  |
| CM | ⌄ 18 |  |  |  |
|  |  |  |  |  |
| Cr Meal | ⌄ 15 |  |  |  |
| SBM | ⌄ 12 |  |  |  |
| Cr Barly | ⌄ 7 |  |  |  |
|  |  |  |  |  |
| P Isolate | 0.1 |  |  |  |
| Veg Protein | 0.2 |  |  |  |
| Beet Pulp | 0.2 | Lt Kibble | 2.0 | |
|  |  |  | 27.5 | |
|  |  |  | 86.5 | |
| Total Fat | ⌄ 18 | Ckn | 18 | |
|  |  | CM | 10 | |
|  |  | Fat | 12 | |
| NaCl | 0.6 | SBM | 11 | |
| Ca Cu₃ | 0.1 | Cr Meal | 12 | |
|  |  | Oats | 1 | |
|  |  | SB Food | .3 | |
|  |  | Beet Pulp | .3 | |
|  |  | Veg Pro | 0.2 | |
|  |  | NaCl | 0.5 | |
|  |  | Ca Cu₃ | T | |

**CONFIDENTIAL**                    **PUR_000282**

| | | | | |
|---|---|---|---|---|
| | .34 | KIBBLE | 25.589 | 92.0 |
| (26) | 25.4 | Dach Bits | 2.231 | 8.0 |
| Feb. 2014 | 59.1 | | | |
| | 88.1 | | | |

| | | | | 1.1 |
|---|---|---|---|---|
| | | | | 30.4 |
| Chicken | ∨ 28 | | | 55.4 |
| CM/TM | ∨ 35 | BITS | | T Stah 7 X |
| | | STARCH | 8 | lee flav 3 |
| Total Starch | ∨ 12 | Dry Al | X 8 | |
| Veg. Pomace | ∨ 1 | FLAX | 50 X | |
| | | | | |
| FLAX/LINSEED | 1.5 | FAT | 15 X | |
| Dry Al | 0.3 | | | |
| | | PBPM | 11 X | |
| | | Chic Bulls | 1.5 X | |
| Fat | ∨ 14 | | | |
| | | Nace | 0.55 | |
| | | D/G | T | |
| | | Veg Pomace | 2 X | |
| Nace | 0.54 | | | |
| pH 6.0 | | | | |

**CONFIDENTIAL**                    **PUR_000283**

| | | |
|---|---|---|
| (27) 027-2014 | 3.1 29.9 51.1 | |
| Cowen | 2b | |
| CM | 25 | |
| Far | 18 | |
| Stove | 18 | |
| 5M | 6 | |
| Per Film | 4 | |
| NaCl | 0.54 | |
| Bur help | 0.5 | |

|  |  | KIBBLB 21.906 | 86.3 |
| (28) | 3.0 | OK BITS 5.372 | 19.7 |
| 028-2014 | 25.6 | 27.278 | |
|  | 57.1 | | |

| Chick | 30 |
| CM | 24 |
| Cr bran | 7 |
| Cr Barly | 12 |
| Cr Oats | 6 |
| FM. | 3 |

| FAT | 16 | | 0.2 |
| | | | 36.7 |
| | | OK Bits | 49.1 |
| | | Flax 54 | |
| | | Stea 85  Pea flour | T STARCH 9 |
| | | | Peafibre 6 |
| | | Belg se 7 | |
| | | Veg fun 4 | |
| | | Fat 16 | |
| | | IBIn 2 | |
| | | Pea fiber 2 | |
| Nacl | 0.7 | Nacl 0.7 | |
| | | Nice 4.0 | |

**CONFIDENTIAL**                    **PUR_000285**

Purina v. Blue Buffalo —

Claims — Premium Pet Food — No Grain

No. CORN — + Grain free —

— FLAX —

# NON-RESPONSIVE

**CONFIDENTIAL**

**PUR_000287**

# NON-RESPONSIVE

**CONFIDENTIAL**

**PUR_000288**

# NON-RESPONSIVE

CONFIDENTIAL

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000290**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000291**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000292**

# NON-RESPONSIVE

**CONFIDENTIAL**

**PUR_000293**

# NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000295**

# NON-RESPONSIVE

**CONFIDENTIAL**          **PUR_000296**

# NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000298**

# NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000300**

# NON-RESPONSIVE

**CONFIDENTIAL**                              **PUR_000301**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000302**

# NON-RESPONSIVE

**CONFIDENTIAL**     PUR_000303

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000304**

# NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**                              **PUR_000306**

# NON-RESPONSIVE

**CONFIDENTIAL**   **PUR_000307**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000308**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000309**

# NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**

PUR_000312

# NON-RESPONSIVE

**CONFIDENTIAL**

PUR_000313

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000314**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000315**

NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**                **PUR_000317**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000318**

# NON-RESPONSIVE

**CONFIDENTIAL**

**PUR_000319**

NON-RESPONSIVE

**CONFIDENTIAL**

**PUR_000320**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000321**

# NON-RESPONSIVE

**CONFIDENTIAL**

**PUR_000322**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000323**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000324**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000325**

# NON-RESPONSIVE

**CONFIDENTIAL**                                    **PUR_000326**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000327**

# NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**

NON-RESPONSIVE

**CONFIDENTIAL**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000331**

NON-RESPONSIVE

# NON-RESPONSIVE

**CONFIDENTIAL**                              **PUR_000333**

# NON-RESPONSIVE

**CONFIDENTIAL**                                        **PUR_000334**

# NON-RESPONSIVE

**CONFIDENTIAL**                    **PUR_000335**

# NON-RESPONSIVE

**CONFIDENTIAL**

**PUR_000336**