# EXHIBIT 7

# FILED UNDER SEAL

| Analysis | BB Rocky Mountain Recipe: Bison (Kibble) | BB Rocky Mountain Recipe: Bison (Life Source Bit) | BB Natural Evolutionary Diet: Duck Recipe (Kibble) | BB Natural Evolutionary Diet: Duck Recipe (Life Source Bit) | BB Rocky Mountain Recipe: Large Breed (Kibble) | BB Rocky Mountain Recipe: Large Breed (Life Source Bit) | BB Life Protection Formula: Chicken and Brown Rice (Kibble) | BB Life Protection Formula: Chicken and Brown Rice (Kibble) |
|---|---|---|---|---|---|---|---|---|
| **Chemistry** (values in ppm unless otherwise stated) | | | | | | | | |
| Sodium | 2925 | 3447 | 4141 | 4263 | 4151 | 4426 | 3187 | 4750 |
| Potassium | 6347 | 7052 | 8275 | 7945 | 6898 | 9885 | 6865 | 7292 |
| Calcium | 12210 | 2708 | 21070 | 2561 | 18650 | 3198 | 11770 | 3048 |
| Phosphorus | 9983 | 4166 | 14140 | 3939 | 11750 | 6514 | 9957 | 4485 |
| Magnesium | 1275 | 1207 | 1241 | 976.4 | 1118 | 1067 | 1314 | 1280 |
| Iron | 173.5 | 246.4 | 236.3 | 122.3 | 316.7 | 160.8 | 203.7 | 193.4 |
| Manganese | 24.5 | 22.96 | 16.29 | 13.49 | 14.62 | 15.46 | 23.35 | 21.96 |
| Zinc | 147.2 | 131.2 | 171.4 | 113.7 | 128 | 147.3 | 167.4 | 131.9 |
| Copper | 12.48 | 10.09 | 16.82 | 7.935 | 12.99 | 12.77 | 11.58 | 10.95 |
| Iodine | 1.93 | 1.94 | 2.48 | 1.9 | 1.92 | 2.37 | 2.11 | 1.99 |
| Selenium | 0.587 | 0.436 | 0.689 | 0.434 | 0.725 | 0.545 | 0.574 | 0.487 |
| Niacin | 101 | 45.5 | 90.7 | 67 | 80.9 | 83.5 | 95.3 | 61.9 |
| Thiamine Hydrochloride | 8 | 13.8 | 7.97 | 7.32 | 6.14 | 8.79 | 9.35 | 9.1 |
| Vitamin A | 8150 IU A/g | 7560 IU A/g | 7230 IU A/g | 7980 IU A/g | 5240 IU A/g | 6020 IU A/g | 7840 IU A/g | 9040 IU A/g |
| Vitamin D | 1.65 IU D/g | 1.22 IU D/g | 1.07 IU A/g | 0.962 IU D/g | 0.689 IU D/g | 0.771 IU D/g | 1.47 IU D/g | 1.99 IU D/g |
| Total Starch | 35.50% | 44.10% | 22.90% | 41.30% | 27.10% | 42.30% | 35.80% | 41.30% |
| Gelatinized Starch | 29.40% | 35.30% | 22.40% | 34.50% | 26.20% | 38.80% | 30.30% | 35.30% |
| Percent Gelatinized | 82.90% | 79.90% | 97.70% | 83.40% | 96.90% | 91.60% | 84.60% | 85.40% |

**CONFIDENTIAL**

**PUR_000337**