# EXHIBIT T



Association of American Feed Control Officials



# 2014 OFFICIAL PUBLICATION

Association of American Feed Control Officials



## 2014 Official Publication

### Association of
### American Feed Control Officials
### Incorporated

http://www.aafco.org

**President**
Doug Lueders
Minnesota Department of Agriculture
Dairy and Food Inspection Division
625 Roberts Street North
Saint Paul, MN 88003-0005

**Administrative Services**
Federation of Animal Science Societies
1800 S. Oak Street, Suite 100
Champaign, IL  61820
Telephone: (217) 356-4221
Fax: (217) 398-4119
E-mail: aafco@aafco.org

Copies may be ordered online at
http://aafco.org/publications/PublicationListing.aspx

ISBN 978-0-9911288-0-8 Perfect binding
ISBN 978-0-9911288-1-5 Spiral binding
ISBN 978-0-9911288-2-2 Electronic Version

Copyright © 2014 by Association of American Feed Control Officials Inc.
All Rights Reserved

Official Names and Definitions of Feed Ingredients

6-diaminohexanoic acid by weight in a water solution. The L-lysine content must not be less than 85% on a moisture-free basis. The percentage of L-lysine must be guaranteed. 21 CFR 582.5411 (Proposed 1999, Adopted 2001)

Note 1. Guarantees for amino acids should be expressed as percent on feed labels.
Note 2. Unless indicated otherwise, the amino acids defined above can be added to animal feed for nutritional purposes in accord with good manufacturing or feeding practices.

## 9. ANIMAL PRODUCTS

Investigator and Section Editor—Meagan Davis, Louisiana Department of Agriculture and Forestry

### Official

*Use of this ingredient, from mammalian origins, is restricted to non-ruminant feeds unless specifically exempted by 21 CFR 589.2000. Feeds containing prohibited material must bear the following label statement: **"Do not feed to cattle or other ruminants"**.

**\*9.2  Meat** is the clean flesh derived from slaughtered mammals and is limited to that part of the striate muscle which is skeletal or that which is found in the tongue, in the diaphragm, in the heart, or in the esophagus; with or without the accompanying and overlying fat and the portions of the skin, sinew, nerve, and blood vessels which normally accompany the flesh. It shall be suitable for use in animal food. If it bears a name descriptive of its kind, it must correspond thereto. (Adopted 1938, Amended 1939, 1963)

IFN 5-00-394 Animal meat fresh

**\*9.3  Meat by-products** is the non-rendered, clean parts, other than meat, derived from slaughtered mammals. It includes, but is not limited to, lungs, spleen, kidneys, brain, livers, blood, bone, partially defatted low temperature fatty tissue, and stomachs and intestines freed of their contents. It does not include hair, horns, teeth and hoofs. It shall be suitable for use in animal food. If it bears name descriptive of its kind, it must correspond thereto. (Proposed 1973, Adopted 1974, Amended 1978)

IFN 5-00-395 Animal meat by-products fresh

**\*9.7  Animal liver** if it bears a name descriptive of its kind, it must correspond thereto. Meal is obtained by drying and grinding liver from slaughtered animals. (Adopted 1954, Amended 2006)

IFN 5-00-389 Animal livers meal

**9.10  Poultry By-Product Meal** consists of the ground, rendered, clean parts of the carcass of slaughtered poultry, such as necks, feet, undeveloped eggs, and intestines, exclusive of feathers, except in such amounts as might occur unavoidably in good processing practices. The label shall include guarantees for minimum crude protein, minimum crude fat, maximum crude fiber, minimum Phosphorus (P), and minimum and maximum calcium (Ca). The Calcium (Ca) level shall not exceed the actual level of phosphorus (P) by more than 2.2 times. If the product bears a name descriptive of its kind, the name must correspond thereto. (Proposed 1985, Adopted 1990, Amended 2000)

IFN 5-03-798 Poultry by-product meal rendered

**9.11  Poultry Hatchery By-Product** is a mixture of eggshells, infertile and unhatched eggs, and culled chicks which have been cooked, dried, and ground, with or without removal of part of the fat. (Adopted 1957)

IFN 5-03-796 Poultry hatchery by-product meal

**\*9.12  Dried Meat Solubles** is obtained by drying the defatted water extract of the clean, wholesome parts of slaughtered animals prepared by steaming or hot water extraction. It must be designated according to its crude protein content which shall be no less than 70%. (Proposed 1961, Adopted 1962, Amended 1964,1967)

IFN 5-00-393 Animal meat solubles dehydrated

Case: 4:14-cv-00959-RWS   Doc. #: 55-5   Filed: 09/04/14   Page: 5 of 5 PageID #: 906



labeling of this product shall include, but is not limited to, guarantees for minimum crude protein and minimum crude fat. (Proposed 1988, Adopted 1992)

**\*9.70 Mechanically Separated Bone Marrow** is the soft material coming from the center of large bones, such as leg bones. This material, which is predominantly fat with some protein, must be separated from the bone material by mechanical separation. It shall not contain added extraneous materials not provided for by this definition except for small amount of tissue which may adhere to the bone unavoidably in good processing practice. The labeling of this product shall include, but is not limited to, guarantees for minimum crude protein and minimum crude fat. (Proposed 1988, Adopted 1992)

**9.71 Poultry Meal** is the dry rendered product from a combination of clean flesh and skin with or without accompanying bone, derived from the parts of whole carcasses of poultry or a combination thereof, exclusive of feathers, heads, feet, and entrails. It shall be suitable for use in animal food. If it bears a name descriptive of its kind, it must correspond thereto. (Proposed 1988, Adopted 1992)

**9.72 Animal Plasma** is the product obtained by spray drying plasma which has been separated away from the cellular matter (red and white blood cells) of fresh whole blood by chemical and mechanical processing. The protein portion of this product is primarily albumin, globulin, and fibrinogen type proteins. The minimum percent crude protein and the maximum percent ash must be guaranteed on the label. If it bears a name descriptive of its kind, composition, or origin, it must correspond thereto. (Proposed 1990, Adopted 1993)

**9.73 Ensiled Paunch** is a product composed of the contents of rumen of cattle slaughtered at USDA inspected facilities. The moisture level is reduced to 50-68%. The product is then packed into an airtight environment, such as a silo, where it undergoes an acid fermentation that retards spoilage. The ensiled product will have a pH of 4.0 or less. (Proposed 1990, Adopted 1992)

**9.74 Egg Product** is product obtained from egg graders, egg breakers and/or hatchery operations that is dehydrated, handled as liquid, or frozen. These sources shall be labeled as per USDA regulations governing eggs and egg products (9CFR, 590). This product shall be free of shells or other non-egg materials except in such amounts which might occur unavoidably in good processing practices, and contain a maximum ash content of 6% on a dry matter basis. (Proposed 1991, Adopted 1996, Amended 2008)

**9.75 Leather Hydrolysate** is obtained from chromium tanned unfinished leather shavings, trimmings, and/or lime fleshings that may or may not be pressure cooked with the addition of steam, sodium hydroxide, lime or magnesium oxide. Chromium is precipitated and separated so that only trivalent chromium at less than 1000 ppm on a dry matter basis remains in the hydrolysate. This product is available as a liquid ingredient or as a spray dried powder. In either form, the analysis on a solids basis will not be less than 75% crude protein and not less than 85% of the protein shall be pepsin digestible**. (Adopted 1993, Amended 1999, Adopted 2001)

**\*9.77 _____ Stock/Broth** is obtained by cooking mammalian or poultry bones, parts, and/or muscle tissue. The crude protein content of stock/broth must be no less than 90% on a dry matter basis. In order for the stock/broth to be labeled as such, the moisture to crude protein ratio must not exceed 135:1 (135 parts water to 1 part crude protein). The product must bear a name descriptive of its kind, composition or origin, such as, but not limited to, meat, beef, pork, poultry, chicken, turkey: and may be called either stock or broth. (Proposed 1997, Amended 2001, Adopted 2002)

**\*9.78 Meat Protein Isolate** is produced by separating meat protein from fresh, clean, unadulterated bones by heat processing followed by low temperature drying to preserve function and nutrition. This product is characterized by a fresh meaty aroma, a 90% minimum protein level, 1% maximum fat and 2% maximum ash. (Proposed 1993, Adopted 1994)

**\*\*Determined by AOAC method listed in the Check Sample Reference for Analytical Variations.

CHAPTER SIX