# EXHIBIT A

**From:** Collin McAtee <cmcatee@diversifiedingredients.com>
**Sent:** Tuesday, May 13, 2014 2:36 PM
**To:** Doug Haning <DHANING@wilburellis.com>
**Subject:** RE: Previous Conversations

Yeah, let's do that.  I'll send new ones to you and Troy.

Collin McAtee
Diversified Ingredients
Ph: 800-727-1267
Fax: 636-200-9033

**From:** Doug Haning [mailto:DHANING@wilburellis.com]
**Sent:** Tuesday, May 13, 2014 1:29 PM
**To:** Collin McAtee
**Subject:** Re: Previous Conversations

Yes you are correct we did sign BB specs but we do not sell to Blue so going forward do you want rewrite the contracts . Please let me know cause trucks are showing up here .

Doug Haning

On May 13, 2014, at 1:04 PM, "Collin McAtee" <cmcatee@diversifiedingredients.com> wrote:

> When we did the blend contracts, Wilbur QA signed off on Blue's spec requirements each year.  That being said, I just figured we were going to add the verbage to the existing blend contract "the dry rendered product from a combination of clean flesh and skin, with or without accompanying bone derived from the parts or whole carcasses of chicken (or Turkey in cases of Turkey Meal), exclusive of feathers, heads, feet and entrails; except is such trace amounts which may occur unavoidably in good manufacturing practices."
>
> Let's just write up new contracts then.  It looks like the way before was too vague because Wilbur's definition of blend is that it can contain some ByProduct Meal, but then all the while signing off on Blue's specs that state that it can only have trace amounts, etc, so there's too much gray area and that's asking for trouble.  Let's make it clean and just write up new contracts with all the verbage included.
>
> Thanks,
>
> Collin McAtee
> Diversified Ingredients
> Ph: 800-727-1267
> Fax: 636-200-9033
>
> **From:** Doug Haning [mailto:DHANING@wilburellis.com]
> **Sent:** Tuesday, May 13, 2014 12:45 PM
> **To:** Collin McAtee
> **Subject:** FW: Previous Conversations

Confidential                                                                                                                                    WE0002818

Collin –

In conversations we have had over the past week, you have asked me to ship you chicken meal and turkey meal. Our current contracts are for Chicken Meal Blend and Turkey Meal Blend and as you are aware, both of these contain some by-product meal. Because of this, we will have to have new contracts before we can move forward with shipping out chicken meal and turkey meal.

Let me know as soon as you can what you want to do.

Thanks

**Doug Haning**
Sales Manager

<image001.jpg>

Wilbur-Ellis
Feed Division
11505 FM 2451
Scurry, TX 75158, USA
T 972.486.3316 / F 972.486.3319 / C 214.538.1809
dhaning@wilburellis.com
www.wilburellis.com

Confidential
WE0002819