# EXHIBIT B

|       |       |
|-------|-------|
| **From:** | Darwin Rusu <DRUSU@wilburellis.com> |
| **Sent:** | Thursday, May 15, 2014 12:37 PM |
| **To:** | Terry Odland <TOdland@wilburellis.com> |
| **Subject:** | FW: QA Questions |
| **Attach:** | QTS 007 Supplier Ingredient Information Request Form v3 Wilbur Ellis - C....pdf |

-----Original Message-----
From: Collin McAtee [mailto:cmcatee@diversifiedingredients.com]
Sent: Thursday, May 15, 2014 9:14 AM
To: Darwin Rusu
Subject: FW: QA Questions
Importance: High

I think it's overdue that you and I talk. Can I call you? We have millions of dollars at stake here and need to work this out. This is year 3 that we've done the Blue Buffalo business through Rosser. Before it was Wilbur, the product was just called Chicken Meal. When Wilbur took over, I was told that for Wilbur to cover themselves for trace amounts of Byproduct meal, you would refer to it internally as blend because the AAFCO definition for Chicken Meal does not allow for any traces of byproduct and you could have some cross-contamination, etc. However, Blue's spec calls for an allowance for unavoidable amounts with good manufacturing practices. Wilbur was well aware of where these products were being shipped and signed spec sheets and went through 2 different audits with Blue. There was no mention of having more than trace amounts of Byproduct Meal in it and especially no mention of any feathermeal. I don't know how much of those items were in it. The Rosser shipments could or could not be the reason for Nestle's claim that Blue's product was found to have Byproduct Meal in them. In either sense, if Chicken By and Feather were listed as even potential ingredients for the Chicken Meal and/or Turkey Meal, there's no way we would've bought it and/or Blue would've agreed to that.

I think if we work together, we can band-aid this situation. I knocked the original contracted volume down significantly to fill the contracts to finish out the year for chicken and turkey. We need to wrap this up please and move forward on the right foot. If you are not going to fill these contracts for any reason, then I'm going to have to go to Blue to address the breach of contract and undoubtedly divulge the details of what was shipped and the possibility that Rosser's material is the smoking gun for their problems. That I do not want to do. If the finger is pointed in that direction and then later verified to have been the cause, then Diversified and Wilbur will both have to answer to this in litigation with Blue. The liabilities in this could be enormous. You are talking about massive product recalls, potential market share loss, etc. That would undoubtedly be in the several million dollars range. So please let me give you a call or email me back to sort this out.

I have several trucks currently at Rosser waiting to be loaded, and we need to move forward with filling out the rest of the contracts (at the lesser volumes I've worked out to help) to keep things going smoothly. Please email me back right away, or what would be better is if we can talk about this over the phone. My direct line is 636-200-9013.

Best Regards,


Collin McAtee
Diversified Ingredients
Ph: 800-727-1267
Fax: 636-200-9033

-----Original Message-----
From: Collin McAtee
Sent: Monday, May 12, 2014 7:57 AM
To: 'Darwin Rusu'
Subject: RE: QA Questions
Importance: High

Good morning. The contracts themselves are pretty vague. That's why there is a great deal of accompanying paperwork, audits, etc to go along with it. That's what keeps guys like Aaron and Henry so busy all the time! You can see the descriptions for the products on the tech sheets and spec sheets in the attached information. The Chicken and Turkey Meal Blends you produce at Rosser and sell to me for shipment to Blue Buffalo should be exclusive of feathers, heads, feet and entrails; except in such trace amounts which may occur unavoidably in good manufacturing practices.

Per the spec sheets and documentation provided and agreed upon by Diversified, Wilbur, and Blue Buffalo, there is only an allowance for trace amounts. Please make sure on your side, that is what's happening. Please check raw material sources, potential cross contamination points, etc. Shipping material with more than unavoidable trace amounts of feathers, heads, feet or entrails would be out of specification, and we need to double check everything to make sure moving forward we're all in check.

If you'd like to give me a call to discuss, please do so. My direct line is 636-200-9013. Let's make sure we're all on the same page so we can continue this business.

Thanks and have a great day!

Collin McAtee
Diversified Ingredients
Ph: 800-727-1267
Fax: 636-200-9033


-----Original Message-----
From: Darwin Rusu [mailto:DRUSU@wilburellis.com]
Sent: Friday, May 09, 2014 8:30 PM
To: Collin McAtee
Subject: RE: QA Questions

Colin,

Doug Haning forwarded your inquiry to me regarding the products we supply to you. We have only had time to pull a random sample of the documentation, but based on our review of these documents, to the best of our knowledge the products we have supplied to you meet the specifications agreed upon, as reflected in our contracts.

Darwin


-----Original Message-----
From: Collin McAtee [mailto:cmcatee@diversifiedingredients.com]
Sent: Tuesday, May 06, 2014 2:32 PM
To: Aaron Williams

Confidential - Attorneys' Eyes Only                                                                                                                    WE0000805

Subject: QA Questions

A few questions for you........

1) What sort of Quality Control procedures does Wilbur/Rosser have in place to check that the Chicken Meal and Turkey Meal that are shipped in to you that you blend and then ship out are "exclusive of feathers, heads, feet, and entrails"? Nestle has filed a lawsuit against Blue Buffalo saying that their ad campaign that their pet foods "do not contain byproducts" is false advertising because of some corn, rice hulls, and chicken/poultry byproduct meal allegedly found in independent lab studies of Blue's finished pet food. Nestle is losing a great deal of market share and trying to discredit Blue. How do we guard against "byproduct" parts in the Chicken and Turkey Meal either in the raw material you are bringing in and/or finding it's way into the product at your place through some cross contamination, etc before being shipped out?

Rosser is not the sole supply of Turkey or Chicken to Blue. They use Turkey and Chicken Meal both from Darling, as well as bring in mechanically separated chicken and turkey from multiple suppliers. So if there is contamination with "byproduct meal", it could come from a number of sources, but I want to get out ahead of this and get these answers for Blue's QA on our Turkey and Chicken Meals we are supplying and what controls we have in place.

2) Do any of your raw material suppliers use BHA or BHT on the material prior to you getting it, or just Naturox only? I haven't had any residual BHA or BHT show up on your loads, but I'm just checking anyway.

Thank you,


Collin McAtee
Diversified Ingredients
Ph: 800-727-1267
Fax: 636-200-9033

Confidential - Attorneys' Eyes Only                                                                                                                        WE0000806