## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

NESTLÉ PURINA PETCARE COMPANY,
        Plaintiff/ Counterclaim Defendant,

v.

BLUE BUFFALO COMPANY LTD.
        Defendant/ Counterclaim Plaintiff.

Case No. 4:14-CV-00859 (RWS)

### DECLARATION OF ADEEL A. MANGI

I, ADEEL A. MANGI, declare as follows:

1.      I am a member of the firm of Patterson Belknap Webb & Tyler LLP, counsel to Plaintiff Blue Buffalo Company Ltd. ("Blue Buffalo") in this action.  I am familiar with the facts and circumstances of this litigation.  I have been admitted *pro hac vice* in this action.  I submit this declaration in support of Blue Buffalo's preliminary response to certain statements made by Nestlé Purina Petcare Co. ("Nestlé Purina") regarding documents produced by third party Wilbur-Ellis in its motion to compel discovery from Blue Buffalo.

2.      Attached hereto as Exhibit 1 is a true and accurate copy of a public statement issued by Blue Buffalo dated October 14, 2014.

Executed on October 14, 2014

_____

Adeel A. Mangi