# EXHIBIT 1

# MAYER•BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

October 17, 2014

**Richard M. Assmus**
Direct Tel +1 312 701 8623
Direct Fax +1 312 706 9125
rassmus@mayerbrown.com

Adeel A. Mangi
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Re:   *Nestlé Purina PetCare Co. v. Blue Buffalo Co. Ltd., No. 4:14-cv-00859 (RWS) (E.D.Mo)*

Dear Adeel:

We write to follow up on Blue Buffalo's request for pricing information, which was the subject of several discussions and now your motion to compel documents responsive to Document Request No. 31, which seeks documents sufficient to show Purina's "pricing for its dry food products, including price lists, price schedules, price changes, price announcements and discounts from list prices." In reviewing the letters on this point, it does not appear Blue Buffalo has agreed to narrow this request in any way (other than in connection with some reciprocal exchange of pricing information that the parties never fully explored).

In order to resolve this issue prior to the hearing on October 22nd, Purina proposes to produce the following information with respect to any Purina products for which Purina claims damages:

- Documents sufficient to reflect Purina's basic pricing information since May 6, 2009, which would include price lists and standard discounts; and

- Any other information on which Purina's damages experts rely in connection with Purina's damages demands.

Please let us know if you would like to discuss this offer in an effort to resolve the issues on pricing documents. We are also happy to discuss further after Blue Buffalo has reviewed the production Purina will make.

Sincerely,

Richard M. Assmus

cc:   Carmine Zarlenga
      David Roodman