# EXHIBIT 2

**Storm, Vivian (x7624)**
___

| | |
|---|---|
| **From:** | Assmus, Richard M. <RAssmus@mayerbrown.com> |
| **Sent:** | Tuesday, October 21, 2014 10:18 AM |
| **To:** | Storm, Vivian (x7624); Mangi, Adeel A. (x2563) |
| **Cc:** | ~ramiller@paulweiss.com; ~ratkins@paulweiss.com; Zalesin, Steven A. (x2110); Cavanagh, Frank (x2311); ~dhl@carmodymacdonald.com; Zarlenga, Carmine R.; Young, Kristine M.; Roodman, David (daroodman@BryanCave.com) |
| **Subject:** | RE: Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd. -- pricing documents |

Vivian—

I don't think the parties are in a position right now to define the full scope of the pricing documents that may be needed. As we noted, the parties may be differently positioned in view of their legal claims, size, product lines and record keeping. Purina's offer as expressed in my letter from Friday has not changed.

Rich

++++++++++++++++++++++++
Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-8623
rassmus@mayerbrown.com

---

**From:** Storm, Vivian (x7624) [mailto:vstorm@pbwt.com]
**Sent:** Tuesday, October 21, 2014 8:23 AM
**To:** Assmus, Richard M.; Mangi, Adeel A. (x2563)
**Cc:** ~ramiller@paulweiss.com; ~ratkins@paulweiss.com; Zalesin, Steven A. (x2110); Cavanagh, Frank (x2311); ~dhl@carmodymacdonald.com; Zarlenga, Carmine R.; Young, Kristine M.; Roodman, David (daroodman@BryanCave.com)
**Subject:** RE: Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd. -- pricing documents

Rich:
I'm not sure we understand your latest proposal. Could you please clarify the scope of the reciprocal exchange you have in mind? Are you offering to produce documents sufficient to show Nestlé Purina's pricing for its dry food products, including price lists, price schedules, price changes, price announcements, and discounts from list prices? Please let us know your position as soon as possible so that we can discuss it with our client in advance of tomorrow's conference.
-Vivian

---

**From:** Assmus, Richard M. [mailto:RAssmus@mayerbrown.com]
**Sent:** Monday, October 20, 2014 5:35 PM
**To:** Mangi, Adeel A. (x2563)
**Cc:** ~ramiller@paulweiss.com; ~ratkins@paulweiss.com; Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Cavanagh, Frank (x2311); ~dhl@carmodymacdonald.com; Zarlenga, Carmine R.; Young, Kristine M.; Roodman, David (daroodman@BryanCave.com)
**Subject:** RE: Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd. -- pricing documents

Adeel—

1

As the briefing to date on the motions to compel has demonstrated, reciprocity needs to be judged in part by the nature of each party's claims.  With respect to pricing documents, for example, different product lines of each party may be relevant.  However, setting aside that and other reasons why each party's production of pricing documents may not be totally reciprocal—for example differences based on the way each party keeps its information—we are proposing that the parties discuss the pricing information their respective damages expert need and make a reciprocal exchange of such information.

Rich

++++++++++++++++++++++++
Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-8623
rassmus@mayerbrown.com


**From:** Mangi, Adeel A. (x2563) [mailto:aamangi@pbwt.com]
**Sent:** Friday, October 17, 2014 5:49 PM
**To:** Assmus, Richard M.
**Cc:** ~ramiller@paulweiss.com; ~ratkins@paulweiss.com; Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Cavanagh, Frank (x2311); ~dhl@carmodymacdonald.com; Zarlenga, Carmine R.; Young, Kristine M.; Roodman, David (daroodman@BryanCave.com)
**Subject:** Re: Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd. -- pricing documents

Thank you. So that we have clarity on the pending issues as to our motion to compel, however, we need to know if Purina is offering a reciprocal scope on pricing documents. You can do that by agreeing to produce the same pricing documents you seek from us, or by agreeing to narrow the scope of your demand to us to make it consistent with what you are now offering to produce. Either way, whether Purina is being consistent bears on our consideration of your proposal.  Please let us know your position. Thank you.


On Oct 17, 2014, at 6:40 PM, "Assmus, Richard M." <RAssmus@mayerbrown.com> wrote:

> Adeel—
>
> We are happy to discuss limitations on the pricing documents we seek, although we had understood that issue had been resolved at least with respect to Purina's current requests for pricing documents.  As you know, we did not move to compel any additional pricing documents from Blue Buffalo based on what we understand Blue Buffalo has agreed to produce already in response to the current document requests.
>
> Rich
>
> **From:** Mangi, Adeel A. (x2563) [mailto:aamangi@pbwt.com]
> **Sent:** Friday, October 17, 2014 5:13 PM

2

**To:** Assmus, Richard M.; ~ramiller@paulweiss.com; ~ratkins@paulweiss.com; Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Cavanagh, Frank (x2311); ~dhl@carmodymacdonald.com
**Cc:** Zarlenga, Carmine R.; Young, Kristine M.; Roodman, David (daroodman@BryanCave.com)
**Subject:** RE: Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd. -- pricing documents

Richard:  Thank you for your proposal, which we will consider.  So we can fully evaluate it, are you proposing to reciprocally narrow the pricing documents you seek from Blue Buffalo?

Best regards,

Adeel Abdullah Mangi
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Ph:  (212) 336-2563
Fax:  (212) 336-7947
Email:  aamangi@pbwt.com
http://www.pbwt.com/mangi_adeel_bio/

---

**From:** Assmus, Richard M. [mailto:RAssmus@mayerbrown.com]
**Sent:** Friday, October 17, 2014 6:09 PM
**To:** Mangi, Adeel A. (x2563); ~ramiller@paulweiss.com; ~ratkins@paulweiss.com; Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Cavanagh, Frank (x2311); ~dhl@carmodymacdonald.com
**Cc:** Zarlenga, Carmine R.; Young, Kristine M.; Roodman, David (daroodman@BryanCave.com)
**Subject:** Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd. -- pricing documents

Please see the attached letter.

Rich

++++++++++++++++++++++++
Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-8623
rassmus@mayerbrown.com

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.