# EXHIBIT D

# eurofins
## Nutrition Analysis Center

Eurofins Scientific Inc.
Nutrition Analysis Center
2200 Rittenhouse Street, Suite 150
Des Moines, IA 50321
Tel. +1 515 265 1461
Fax. +1 515 266 5453

**Eurofins Sample Code:** 464-2014-07140559
**Sample Description:** Cat Food - Bits
**Client Sample Code:** B32 0402
**PO Number:** P98T20140114-01
**Client Code:** QD0005998

**Entry Date:** 07/14/2014
**Reporting Date:** 07/21/2014

Mayer Brown LLP
attn:  Richard M. Assmus
71 South Wacker Drive
Chicago, IL 60606

Mayer Brown LLP
Attn:  Richard M. Assmus
71 South Wacker Drive
Chicago, IL 60606

**Sample Reference:**  Blue Healthy Living

# CERTIFICATE OF ANALYSIS
## AR-14-QD-097763-01

| Test | Result | |
|---|---|---|
| **QQ135 - Taurine (AOAC, Most Matrices)** | | Completed: 07/16/2014 |
| AOAC 982.30 mod. | | |
| Taurine | 0.01 % | |
| **QQ184 - Total Lysine (AOAC, Most Matrices)** | | Completed: 07/16/2014 |
| AOAC 975.44 mod. | | |
| Lysine (Total) | 1.19 % | |
| **QQ021 - Beta Carotene - AOAC mod.** | | Completed: 07/16/2014 |
| AOAC 974.29 Mod. | | |
| * ß-carotene | 540 IU/100 g | |
| **QQ182 - Total Vitamin A** | | Completed: 07/16/2014 |
| AOAC 974.29 Mod. | | |
| * ß-carotene | 540 IU/100 g | |
| * Retinol | 1,460 IU/100 g | |
| * Total Vitamin A | 2,000 IU/100 g | |
| **QQ022 - Biotin (Methods of Vitamin Assay, <7.5 mg/100g)** | | Completed: 07/18/2014 |
| Met. of Vitamin Assay,Interscience Publ.,Ch.12 | | |
| * Biotin | 0.0654 mg/100 g | |
| **QQ059 - Total Folate (AOAC, levels < 12.5 mg/100g)** | | Completed: 07/18/2014 |
| AOAC 992.05 mod. | | |
| * Folic Acid, Total | 0.114 mg/100 g | |
| **QQ085 - Niacin - Levels<100 mg/100g (AOAC food/feed)** | | Completed: 07/17/2014 |
| AOAC 944.13 | | |
| * Niacin | 6.93 mg/100 g | |
| **QQ149 - Vitamin B1-Thiamine HCl (AOAC mod., Most Matrices)** | | Completed: 07/16/2014 |
| AOAC 942.23 mod. | | |
| * Vitamin B1 - Thiamine Hydrochloride | 1.13 mg/100 g | |
| **QQ151 - Vitamin B12 - (AOAC, levels < 5 mg/100g)** | | Completed: 07/21/2014 |
| AOAC 952.20 / 45.2.02 | | |
| Vitamin B12 | 4.09 µg/100 g | |
| **QQ154 - Vitamin B2 - Riboflavin (AOAC, levels < 25 mg/100g)** | | Completed: 07/15/2014 |
| AOAC 970.65 mod. | | |
| * Vitamin B2 (riboflavin) | 0.704 mg/100 g | |
| **QQ156 - Vitamin B5 - Pantothenic Acid (AOAC mod., food, < 75 mg/100g)** | | Completed: 07/18/2014 |
| AOAC 945.74 (mod.) | | |

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 1 of 3                              Certificate of Analysis: AR-14-QD-097763-01

**eurofins**

AR-14-QD-097763-01

**Eurofins Sample Code:** 464-2014-07140559
**Client Sample Code:** B32 0402

| Test | Result | |
|---|---|---|
| **QQ156 - Vitamin B5 - Pantothenic Acid (AOAC mod., food, < 75 mg/100g)** | | **Completed: 07/18/2014** |
| AOAC 945.74 (mod.) | | |
| * Pantothenic acid | 2.51 mg/100 g | |
| **QQ160 - Vitamin C - Ascorbic Acid - AOAC** | | **Completed: 07/17/2014** |
| AOAC 967.22 mod. | | |
| * Vitamin C - Ascorbic Acid | 1.98 mg/100 g | |
| **QD744 - Vitamin D- Separation of D2 & D3** | | **Completed: 07/18/2014** |
| EN 12821:2009 | | |
| * Vitamin D2 | <25.0 IU/100 g | |
| * Vitamin D3 | 223 IU/100 g | |
| **QQ188 - Vitamin E-Tocopherol Profile (AOAC, Most Matrices)** | | **Completed: 07/17/2014** |
| AOAC 971.30 with HPLC quantification mod. | | |
| * Alpha-Tocopherol | 8.03 mg/100 g | |
| * Beta-Tocopherol | 0.260 mg/100 g | |
| * Gamma-Tocopherol | 9.38 mg/100 g | |
| * Delta-Tocopherol | 6.67 mg/100 g | |
| * Total Vitamin E (Tocopherols) | 24.3 mg/100 g | |
| **QD089 - Fatty Acids-Omega 6 & 3 %W/W** | | **Completed: 07/16/2014** |
| AOCS Ce 2-66 AOCS Ce 1-62 | | |
| Fatty Acid Profile, % Weight | Reported as Fatty Acids | |
| C08:0 Octanoic (Caprylic) | <0.01 % | |
| C10:0 Decanoic (Capric) | <0.01 % | |
| C11:0 Undecanoic (Hendecanoic) | <0.01 % | |
| C12:0 Dodecanoic (Lauric) | 0.01 % | |
| C14:0 Tetradecanoic (Myristic) | 0.11 % | |
| C14:1 Tetradecenoic (Myristoleic) | 0.02 % | |
| C15:0 Pentadecanoic | 0.01 % | |
| C15:1 Pentadecenoic | <0.01 % | |
| C16:0 Hexadecanoic (Palmitic) | 3.66 % | |
| C16:1 Hexadecenoic (Palmitoleic) | 0.90 % | |
| C17:0 Heptadecanoic (Margaric) | 0.02 % | |
| C17:1 Heptadecenoic (Margaroleic) | 0.01 % | |
| C18:0 Octadecanoic (Stearic) | 0.98 % | |
| C18:1 Octadecenoic (Oleic) | 6.40 % | |
| C18:2 Octadecadienoic (Linoleic) | 3.40 % | |
| C18:3 Octadecatrienoic (Linolenic) | 0.94 % | |
| C18:4 Octadecatetraenoic | 0.03 % | |
| C20:0 Eicosanoic (Arachidic) | 0.02 % | |
| C20:1 Eicosenoic (Gadoleic) | 0.09 % | |
| C20:2 Eicosadienoic | 0.03 % | |
| C20:3 Eicosatrienoic | 0.02 % | |
| C20:4 Eicosatetraenoic (Arachidonic) | 0.06 % | |
| C20:5 Eicosapentaenoic | 0.03 % | |
| C21:5 Heneicosapentaenoic | <0.01 % | |
| C22:0 Docosanoic (Behenic) | <0.01 % | |
| C22:1 Docosenoic (Erucic) | 0.01 % | |
| C22:2 Docosadienoic | <0.01 % | |
| C22:3 Docosatrienoic | <0.01 % | |
| C22:4 Docosatetraenoic | 0.01 % | |
| C22:5 Docosapentaenoic | <0.01 % | |
| C22:6 Docosahexaenoic | 0.03 % | |
| C24:0 Tetracosanoic (Lignoceric) | <0.01 % | |
| C24:1 Tetracosenoic (Nervonic) | <0.01 % | |
| C18:2 Octadecadienoic Omega 6 | 3.37 % | |

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 2 of 3

![eurofins]

AR-14-QD-097763-01

**Eurofins Sample Code:** 464-2014-07140559
**Client Sample Code:** B32 0402

| Test | Result | |
|---|---|---|
| **QD089 - Fatty Acids-Omega 6 & 3 %W/W (Cont.)** | | Completed: 07/16/2014 |
| AOCS Ce 2-66 AOCS Ce 1-62 | | |
| C18:3 Octadecatrienoic Omega 3 | 0.91 % | |
| C18:3 Octadecatrienoic Omega 6 | 0.03 % | |
| C18:4 Octadecatetraenoic Omega 3 | 0.01 % | |
| C20:2 Eicosadienoic Omega 6 | 0.02 % | |
| C20:3 Eicosatrienoic Omega 3 | <0.01 % | |
| C20:3 Eicosatrienoic Omega 6 | 0.02 % | |
| C20:4 Eicosatetraenoic Omega 3 | <0.01 % | |
| C20:4 Eicosatetraenoic Omega 6 | 0.05 % | |
| C20:5 Eicosapentaenoic Omega 3 | 0.03 % | |
| C21:5 Heneicosapentaenoic Omega 3 | <0.01 % | |
| C22:2 Docosadienoic Omega 6 | <0.01 % | |
| C22:3 Docosatrienoic, Omega 3 | <0.01 % | |
| C22:4 Docosatetraenoic Omega 6 | 0.01 % | |
| C22:5 Docosapentaenoic Omega 3 | <0.01 % | |
| C22:5 Docosapentaenoic Omega 6 | <0.01 % | |
| C22:6 Docosahexaenoic Omega 3 | 0.03 % | |
| Fatty Acids, Sum Of Omega 3 Calc. | 0.99 % | |
| Fatty Acids, Sum Of Omega 6 Calc. | 3.51 % | |
| Total Fatty Acids Calc. | 16.83 % | |
| **QD408 - L-Carnitine (Petfoods, natural matrices)** | | Completed: 07/16/2014 |
| Analytical Biochemistry 79 (pg 190-201) 1977 | | |
| L-Carnitine | 84.9 mg/kg | |

*The test result is covered by our current A2LA accreditation.

Respectfully Submitted,
Eurofins Scientific Inc.

*Deena Olsen*
Deena Olsen
Local ComLIMS Responsible

Results shown in this report relate solely to the item submitted for analysis.
All results are reported on an "As Received" basis unless otherwise stated.
Reports shall not be reproduced except in full without written permission of
Eurofins Scientific, Inc.  Measurement of Uncertainty can be obtained upon request.



Biological Testing        Chemical Testing
Cert:3329:01              Cert:2927:01

All work done in accordance with Eurofins General Terms and Conditions of Sale (USA);
full text on reverse or www.eurofinsus.com/Terms_and_Conditions.pdf
Page 3 of 3