# EXHIBIT D



Follow Us   ◆ About Us   ◆ Work for BLUE   ◆ Site Search                    Go ▸

Why BLUE?    Product Finder    For Dogs    For Cats    Health & Nutrition    Blue Stuff

Home    Why Choose BLUE?    BLUE Story    Nutrition Philosophy    LifeSource Bits    FAQ    Store Locator         Go ▸

- Letter #1 From Blue Buffalo Founder and Chairman Bill Bishop
- Letter #2 From Blue Buffalo Founder and Chairman Bill Bishop
- Letter #3 From Blue Buffalo Founder and Chairman Bill Bishop

*Letter #1 From Blue Buffalo Founder and Chairman Bill Bishop in Response to the Nestle Purina Lawsuit*



May 6, 2014

Dear Pet Parents,

I'm writing to tell you about the lawsuit Nestle Purina filed today alleging that Blue Buffalo has lied to you about the ingredients in our pet foods. We categorically deny all of these false allegations and will aggressively defend the integrity of our brand and our products. It is an easy thing to make unsubstantiated claims, put them in a lawsuit and then publish them all over the web to disparage and defame a company. It is quite another thing to prove those allegations.

Please be assured that unlike Nestle Purina:

- Blue Buffalo does not use chicken by-product meal or poultry by-product meal in any of our products
- Blue Buffalo does not use ground corn in any of our products
- Blue Buffalo does not use artificial preservatives in any of our products

We will prove these and other matters in the court with good reliable evidence, and we look forward to disproving the voodoo science that Nestle Purina relied on to support their outrageous allegations.

We're disappointed to see one of the largest food companies in the world with over $100 billion in sales launching such a baseless lawsuit against a family-run company and attempting to prosecute it on the Internet. In some ways this attack by Nestle Purina is not too surprising, since pet parents have demonstrated their preference by selecting true natural foods like Blue Buffalo instead of the by-product and corn-based pet foods Nestle Purina has been selling for years. In fact, their inability to compete successfully with natural pet foods is the key motivation for this frivolous lawsuit.

My sons and I founded Blue Buffalo with the mission of bringing transparency to pet foods, and made the *True Blue Promise* to our pet parents. Clearly, some of our major competitors, who have built their business using lower cost ingredients, are upset. We will always stand behind our promise and our products.

We have a saying at Blue Buffalo: "When we're right, we fight." We look forward to seeing Nestle Purina in court.

Sincerely,

Bill Bishop
Founder and Chairman
Blue Buffalo

The Blue Buffalo Co.