Case: 4:14-cv-00859-RWS   Doc. #: 112-5   Filed: 12/03/14   Page: 1 of 1 PageID #: 2798

| Y BLUE? | FOR DOGS | FOR CATS | BLUE'S BUDDIES | | PCA | ABOUT US | |
|---|---|---|---|---|---|---|---|

# Regarding the Issue Pertaining to Wilbur Ellis' Texas Plant

*From Blue Buffalo Founder and Chairman Bill Bishop*



October 14, 2014

Dear Pet Parents,

Blue Buffalo has recently learned from Wilbur-Ellis, a major U.S. Company that supplies ingredients to us and many other well-known brands of pet foods, that a Texas pet food ingredient processing plant they own had mislabeled some of the ingredients they shipped to their customers. So while their customers were ordering and paying for 100% chicken meal, at times they were receiving shipments that contained poultry by-product meal.

Since this Wilbur-Ellis plant was the source of some of our chicken meal, we may have received some of these mislabeled shipments, and there likely are numerous other pet food companies who also received these mislabeled ingredients. The FDA has been informed of this situation, and you may rest assured that this mislabeling poses no health, safety or nutrition issue. And while this is comforting, since the health and well-being of our dogs and cats comes before anything else, the fact that any Blue Buffalo food could include a mislabeled ingredient is totally unacceptable. As a result, we have stopped doing business with this plant.

Although pet food companies are not required to inform consumers of an incident such as this, where no safety or nutritional issues exist, the Blue Buffalo way is to be transparent with you. So while we have now learned that this mislabeling issue was corrected by the supplier months ago, we believe that you have the right to know about it.

The food that goes into every bag of Blue Buffalo is tested to confirm that it meets both our safety and nutritional standards before it is released for sale, so any bag that you have or may buy can be fed with total confidence. Just like you, we are pet parents who feed our dogs and cats BLUE so you can be sure that we never compromise on safety and nutrition.

If you have any concerns or questions after reading this, don't hesitate to reach out to us through our Pet Parent Resource Center at 866-913-0663.

Your trust in us and our products is what we value above all else, and we always do our very best to earn it every day.

Sincerely,

Bill Bishop
Founder and Chairman
Blue Buffalo