# EXHIBIT M





**Purina** @Purina

Purina has always operated with the highest standards - including a commitment to honesty. Our pets deserve no less. Puri.na/Honesty

Reply  Retweet  Favorite  More

RETWEETS: 3
FAVORITES: 7

3:31 PM - 7 May 2014

**Don't miss any updates from Purina**
Join Twitter today and follow what interests you!

Text follow Purina to 40404 in the United States

© 2014 Twitter   About   Help   Ads info





**Purina** ✓
@Purina

Follow

Is your pet food company being honest about its ingredients? Find out at Puri.na/Honesty. pic.twitter.com/rQG3joLLDL

Reply  Retweet  Favorite  More

**How honest is your pet food company?**
Find out at PetFoodHonesty.com

**PURINA**
Your Pet, Our Passion.

RETWEETS: 8
FAVORITES: 5

12:02 PM - 8 May 2014

Flag media

harry byer @harrybyer · May 8
@Purina ihaveslwaystrustedpurinafor50years

**Purina** @Purina

Your pets trust you to feed them right. Shouldn't you be able to trust the food you give them? Puri.na/Honesty

Reply · Retweet · Favorite · More

RETWEETS: 4
FAVORITES: 6

7:01 AM - 8 May 2014

Don't miss any updates from Purina
Join Twitter today and follow what interests you!

Text **follow Purina** to **40404** in **the United States**

© 2014 Twitter   About   Help   Ads info











Source: twitter.com/purina (May 13, 2014)