# EXHIBIT C

| | |
|---|---|
| **From:** | Yospe, Sam (x2471) [syospe@pbwt.com] |
| **Sent:** | Wednesday, December 10, 2014 6:54 PM |
| **To:** | Assmus, Richard M.; Zarlenga, Carmine R.; Young, Kristine M.; daroodman@bryancave.com; Kluczny-Glomski, Arpad |
| **Cc:** | Zalesin, Steven A. (x2110); Mangi, Adeel A. (x2563); Storm, Vivian (x7624); Cavanagh, Frank (x2311); ~ratkins@paulweiss.com; ~mflumenbaum@paulweiss.com; ~dhl@carmodymacdonald.com; gtc@carmodymacdonald.com; sjb@carmodymacdonald.com; Ginsberg, Melissa (x2153) |
| **Subject:** | Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd. |
| **Attachments:** | 2014.10.12 Letter from S. Yospe to R. Assmus.pdf |

Dear Rich,

Please see the attached letter regarding Blue Buffalo's production of documents.  Files will be available to download until December 17, 2014 and can be accessed at the following link: ProdVol005_Password_Protected.zip, 3,250,131.91 KB

In addition, we are re-producing certain image files from Production 3, per your request. These documents are available here: File: ProdVol003_Reproduced Images.rar, 38,692.92 KB

Please contact me if you have any questions.

Best regards,
Sam


Sam A. Yospe
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel: 212.336.2471
syospe@pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

---

**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

December 10, 2014

Sam A. Yospe
Associate
(212) 336-2471
syospe@pbwt.com

By Email

Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

Re:   *Nestlé Purina PetCare Company v. Blue Buffalo Company Ltd.*,
      **4:14-cv-00859 (RWS)**

Dear Rich:

We are producing today Volume 5 of Blue Buffalo's production, which includes documents bearing the Bates range of BB000029643 – BB000116318.  These documents are being produced subject to the July 10, 2014 Protective Order entered in this case.

The link to the Patterson Belknap FTP site will be provided separately by email.  Please let me know if you have any questions.

Best regards,

/s/ Sam A. Yospe

Sam A. Yospe

cc:   Carmine R. Zarlenga
      Kristine M. Young
      David A. Roodman

7506551v.1