IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| THE BLUE BUFFALO COMPANY LTD, | ) |
| Defendant/Counterclaim Plaintiffs, | ) Civil Action No. 4:14-cv-00859-RWS |
| v. | ) |
| BLUE STATE DIGITAL INC., PRCG/HAGGERTY LLL, AND JOHN DOES 1-8 | ) |
| Counterclaim Defendants. | ) |

**ENTRY OF APPEARANCE**

Michael A. Kahn enters his appearance in this matter as attorney for Counterclaim Defendant Blue State Digital Inc.

Respectfully submitted,

/s/ Michael A. Kahn
Michael A. Kahn (#35411MO)
kahn@capessokol.com
Capes Sokol Goodman & Sarachan PC
7701 Forsyth Blvd., 12th Floor
St. Louis, Missouri 63105
Tel:  (314) 505-5406
Fax: (314) 721-0554

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, the foregoing was served on all counsel of record via this Court's electronic filing system.

/s/ Michael A. Kahn