IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY, )<br>)<br>    Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>THE BLUE BUFFALO COMPANY LTD, )<br>)<br>    Defendant/Counterclaim Plaintiffs, )<br>)<br>v. )<br>)<br>BLUE STATE DIGITAL INC., )<br>PRCG/HAGGERTY LLL, AND JOHN DOES )<br>1-8 )<br>)<br>    Counterclaim Defendants. ) | Civil Action No. 4:14-cv-00859-RWS |

## ENTRY OF APPEARANCE

Amy L. Fehr enters her appearance in this matter as attorney for Counterclaim Defendant Blue State Digital Inc.

Respectfully submitted,

/s/ Amy L. Fehr
Amy L. Fehr (#60033MO)
fehr@capessokol.com
Capes Sokol Goodman & Sarachan PC
7701 Forsyth Blvd., 12th Floor
St. Louis, Missouri 63105
Tel:  (314) 505-5432
Fax: (314) 721-0554

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, the foregoing was served on all counsel of record via this Court's electronic filing system.

/s/ Amy L. Fehr