UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet - Civil Case

**Date** 12/16/14   **Judge** Sippel   **Case No.** 4:14CV859 RWS

Nestle Purina PetCare Company  v.  The Blue Buffalo Company LTD.

Court Reporter Shannon White   Deputy Clerk Jason Dockery

Attorney(s) for Plaintiff(s) Carmine Zarlenga, Kristine Young, David Roodman

Attorney(s) for Defendant(s) Adeel Mangi, Steven Zalesin, Charles Weiss, Michael Kahn, David Luce

☐ Court Appoints _____   ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference           ☐ Pretrial Conference
☑ Status Conference            ☐ In Chambers Conference
☐ Motion Hearing               ☐ Informal Matter
☐ Oral Arguments               ☐ Settlement Conference

Parties present for hearing on status conference. Arguments heard on plaintiff's Motion for Reconsideration [112]; discussions held on case management deadlines and other matters. Orders to issue.

Next hearing date/time 1/26/15 at 10:00 am   Type of hearing Status Conference

Before _____

Proceeding commenced 10:05 am   Proceeding concluded 11:00 am

Continued to _____

☐ TERMINATE CASE REFERRAL           ☐ COPY TO DISTRICT JUDGE