UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY, ) | |
| ) | |
|     Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| vs. ) | Case No.  4:14 CV 859 RWS |
| ) | |
| THE BLUE BUFFALO COMPANY LTD., ) | |
| ) | |
|     Defendant/Counterclaim Plaintiff. ) | |

## ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED that** Plaintiff's Motion for Reconsideration of the Court's Denial of Purina's Motion to Compel Production of Documents Related to the 2014 NAD Decision Against Blue Buffalo #[112] is **GRANTED**.  As a result, the Court's October 22, 2014 oral ruling and October 23, 2014 Order denying Plaintiff's Motion to Compel Blue Buffalo's Production of Documents is **REVERSED** solely to the extent that it relates to Plaintiff's document request number 48 for Blue Buffalo's documents and communications relating to the 2014 NAD decision.  The entry of this Order shall be **STAYED** for 30 days, until **January 16, 2015**, to allow the NAD to inform the Court of any reason that would preclude the Court from entering this Order.

**IT IS FURTHER ORDERED that** the parties shall provide the NAD with prompt notice of this Order and its opportunity to respond.

**IT IS FURTHER ORDERED that** a status conference is set for **January 26, 2015 at 10:00 a.m.** in Courtroom 16 South.  Parties shall submit suggested agenda items for the status conference no later than **January 19, 2015**.

*(signature)*
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of December, 2014.