UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLE PURINA PETCARE COMPANY, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| BLUE BUFFALO COMPANY LTD., ) | Case No. 4:14-cv-00859 RWS |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BLUE STATE DIGITAL INC., ) | |
| PRCG/HAGGERTY LLC, and JOHN DOES 1-8, ) | |
| ) | |
| Counterclaim Defendants. ) | |

**NESTLE PURINA PETCARE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COUNTERCLAIM**

Plaintiff/Counterclaim Defendant Nestle Purina Petcare Company ("Purina"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully moves the Court for an extension of time through and until December 23, 2014, in within which to answer or otherwise respond to Defendant/Counterclaim Plaintiff The Blue Buffalo Company Ltd.'s ("Blue Buffalo") Second Amended Counterclaim, which is included within Blue Buffalo's Answer to Purina's Second Amended Complaint (Doc 113).  In support of this Motion, Purina respectfully states as follows:

1.     On December 4, 2014, Blue Buffalo served Purina with the Second Amended Counterclaim by operation of the Court's electronic filing system;

2. Purina respectfully requests the brief extension of time, to and through December 23, 2014, in order to prepare a response to the new allegations and materials contained in Blue Buffalo's Second Amended Counterclaim;

3. Blue Buffalo's counsel has confirmed that Blue Buffalo does not oppose the requested extension; and

4. This Motion is not being filed for any improper purpose and no party will be prejudiced by the requested extension.

Accordingly, Nestle Purina Petcare Company respectfully requests that the Court grant its Motion to extend the deadline in which to answer or otherwise respond to Blue Buffalo's Second Amended Counterclaim through and until December 23, 2014.

December 18, 2014                                    NESTLÉ PURINA PETCARE COMPANY

                                         */s/         David A. Roodman*
                                         David A. Roodman, 38109MO
                                         Emma C. Harty, 58188MO
                                         Bryan Cave LLP
                                         211 North Broadway #3600
                                         St. Louis, Missouri 63102
                                         Telephone:  (314) 259-2000
                                         Facsimile:  (314) 259-2020
                                         daroodman@bryancave.com
                                         emma.harty@bryancave.com


                                         Carmine R. Zarlenga *(Lead attorney)*
                                         Mayer Brown LLP
                                         1999 K Street NW
                                         Washington, DC 20006
                                         Telephone: (202) 263-3227
                                         Facsimile: (202) 263-5227
                                         czarlenga@mayerbrown.com

>Richard M. Assmus *(pro hac vice)*
>Kristine M. Young *(pro hac vice*
>Mayer Brown LLP
>71 South Wacker Drive
>Chicago, Illinois 60606
>Telephone: (312) 782-0600
>Facsimile:  (312) 701-7711
>rassmus@mayerbrown.com
>kyoung@mayerbrown.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of December, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ David A. Roodman*