# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

NESTLE PURINA PETCARE COMPANY,     )
                                   )
                                   )
    Plaintiff(s),                  )
                                   )
    vs.                            )   Case No. 4:14-cv-00859-RWS
THE BLUE BUFFALO COMPANY LTD.      )
                                   )
                                   )
    Defendant(s).                  )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Blue State Digital Inc  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
       WPP plc

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
       None

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
       WPP plc

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

_____
Signature (Counsel for Counterclaim Defendant)
Print Name:  Michael A. Kahn #35411MO
Address:  7701 Forsyth Blvd.
City/State/Zip:  St. Louis, MO 63105
Phone:  314-505-5406

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
  December 18    , 20 14   .

_____
Signature