UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NESTLÉ PURINA PETCARE COMPANY,    )
                                  )
    Plaintiff/Counterclaim Defendant,   )
                                  )
    vs.                            )    Case No.  4:14 CV 859 RWS
                                  )
THE BLUE BUFFALO COMPANY LTD.,    )
                                  )
    Defendant/Counterclaim Plaintiff.   )

**ORDER**

On December 16, 2014, after a hearing on Plaintiff's Motion for Reconsideration of the

Court's Denial of Purina's Motion to Compel Production of Documents Related to the 2014 NAD

Decision Against Blue Buffalo #[112], I granted Plaintiff's motion but stayed the entry of that

Order until January 16, 2015, to allow the NAD to inform the Court of any reason that would

preclude the Court from entering the Order.  On January 14, 2015, the NAD did comment on this

matter and presented the Court with new information to consider.  As a result, I will extend the stay

on the entry of the Court's Order of December 16, 2014 as it relates to Plaintiff's Motion for

Reconsideration until the next status hearing set in this case.

Accordingly,

**IT IS HEREBY ORDERED that** the entry of the Court's Order #[130] granting Plaintiff's

Motion for Reconsideration of the Court's Denial of Purina's Motion to Compel Production of

Documents Related to the 2014 NAD Decision Against Blue Buffalo #[112] shall

be **STAYED** until the parties come before the Court for their next status hearing on **January 26,**

**2015**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2015.