# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY,<br><br>    Plaintiff/ Counterclaim Defendant,<br><br>v.<br><br>THE BLUE BUFFALO COMPANY LTD.,<br><br>    Defendant/ Counterclaim Plaintiff,<br><br>v.<br><br>BLUE STATE DIGITAL INC.,<br>PRCG/HAGGERTY LLC and JOHN DOES 1-8<br><br>    Counterclaim Defendants. | Case No. 4:14-cv-00859-RWS |

## JOINT PROPOSED AGENDA FOR JANUARY 26, 2015 STATUS CONFERENCE

Pursuant to the Court Order dated December 16, 2014 (Dkt. 131), the parties jointly submit the following proposed agenda for the January 26, 2015 status conference.

1. The parties propose to discuss the submission of the Council of Better Business Bureaus, Inc. in connection with the Court's decision (Dkt. 130) granting Nestlé Purina PetCare Company's ("Purina") Motion for Reconsideration of the Court's Denial of Purina's Motion to Compel Production of Documents Related to the 2014 NAD Decision Against Blue Buffalo (Dkt. 112).

2. The parties propose to discuss the status of the litigation pending in the United States District Court for the District of Connecticut, *Blue Buffalo Company Ltd. v. Nestlé Purina PetCare Company*, Case. No. 14 Civ. 1665 (JCH).

3. The parties propose to discuss the status of their efforts to arrange a mediation.

Dated: January 19, 2015

| | |
|---|---|
| By:     s/ Steven A. Zalesin<br>Steven A. Zalesin, *Lead Counsel*<br>(*pro hace vice*)<br>Adeel A. Mangi (*pro hac vice*)<br>PATTERSON BELKNAP WEBB &<br>    TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: 212-336-2000<br>Fax: 212-336-2222<br><br>Martin Flumenbaum (*pro hac vice*)<br>Robert Atkins (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>    GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br><br>Gerard T. Carmody, # 24769<br>David H. Luce, # 36050<br>Sarah J. Bettag, # 60849<br>CARMODY MACDONALD P.C.<br>120 S. Central Avenue, Ste. 1800<br>St. Louis, MO 63105<br>Telephone: 314-854-8600<br>Fax: 314-854-8660<br><br>*Counsel for The Blue Buffalo Company, Ltd.* | By:    s/ Carmine R. Zarlenga<br>Carmine R. Zarlenga, 386244DC *Lead Counsel*<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>Telephone: 202-263-3227<br>Fax: 202-263-5227<br><br>Richard M. Assmus (*pro hac vice*)<br>Kristine M. Young (*pro hac vice*)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: 312-782-0600<br>Fax: 312-701-7711<br><br>David A. Roodman, 38109MO<br>BRYAN CAVE LLP<br>211 North Broadway, #3600<br>St. Louis, MO 63102<br>Telephone: 314-259-2000<br>Fax: 314-259-2020<br><br><br><br>*Counsel for Nestlé Purina PetCare Company* |

| | |
|---|---|
| By: s/ Michael A. Kahn<br>Michael A. Kahn, #35411MO<br>Amy L. Fehr, #60033MO<br>CAPES SOKOL GOODMAN & SARACHAN PC<br>7701 Forsyth Blvd., 12th Floor<br>St. Louis, Missouri 63105<br>Telephone:  (314) 505-5406<br>Fax:  (314) 721-0554<br><br>*Counsel for Blue State Digital Inc.* | By: s/ Charles A. Weiss<br>Charles A. Weiss, 20299MO<br>David A. Roodman, 38109MO<br>BRYAN CAVE LLP<br>211 North Broadway, #3600<br>St. Louis, MO 63102<br>Telephone: 314-259-2000<br>Fax:  (314) 259-2020<br><br>*Counsel for PRCG/Haggerty LLC* |

3