UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NESTLÉ PURINA PETCARE COMPANY )
)
Plaintiff, )
)
v. ) 4:14-cv-00859-RWS
)
BLUE BUFFALO COMPANY LTD., )
)
Defendant. )

**DEFENDANT BLUE BUFFALO COMPANY LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM DEFENDANTS' MOTIONS TO DISMISS**

COMES NOW Defendant Blue Buffalo Company, Ltd. ("Blue Buffalo"), and for its Unopposed Motion for Extension of Time to Respond to Counterclaim Defendants' Motions to Dismiss, states as follows:

1. On January 16, 2015, Counterclaim Defendants Blue State Digital Inc. and PRCG/Haggerty LLC filed their Motions to Dismiss (collectively, "Motions to Dismiss").

2. Blue Buffalo's responses to the Motions to Dismiss are currently due on January 23, 2015.

3. Defendant Blue Buffalo respectfully asks for a one-week extension of time, up to and including January 30, 2015, to file its responses to the Motions to Dismiss.

4. Counsel for Counterclaim Defendants do not oppose the requested extension sought.

5. There are currently no other deadlines that will be affected by this extension, and no party will be prejudiced by this extension.

WHEREFORE, Defendant Blue Buffalo Company Ltd. respectfully requests that this Court grant its Unopposed Motion for Extension of Time, for an extension of time from the current due date, up to and including January 30, 2015, to respond to Counterclaim Defendants Motions to Dismiss, and for such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        /s/ David H. Luce
        Gerard T. Carmody, # 24769
        David H. Luce, # 36050
        Sarah J. Klebolt, # 60849
        CARMODY MACDONALD P.C.
        120 S. Central Avenue
        Suite 1800
        St. Louis, MO 63105
        Telephone: 314-854-8600
        Fax: 314-854-8660

        Steven A. Zalesin, *Lead Counsel* (admitted *pro hac vice*)
        Adeel A. Mangi (admitted *pro hac vice*)
        Vivian R.M. Storm (admitted *pro hac vice*)
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, NY 10036-6710
        Telephone: 212-336-2000
        Facsimile: 212-336-2222

        Martin Flumenbaum (admitted *pro hac vice*)
        Robert Atkins (admitted *pro hac vice*)
        Paul, Weiss, Rifkind, Wharton & Garrison LLP
        1285 Avenue of the Americas
        New York, NY  10019-6064
        Telephone: 212-373-3000
        Fax: 212-757-3990

Of counsel:    Richard MacLean, Esq.
                Blue Buffalo Company, Ltd.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 21, 2015, the forgoing was served on all parties by operation of this Court's Electronic Filing System.

/s/ David H. Luce