# COURTROOM MINUTE SHEET

CAUSE NO. 4:14CV859 RWS   DATE: 1/26/15

JUDGE: Sippel

COURT REPORTER: Shannon White

DEPUTY CLERK: L. Wooley

Nestle Purina
vs.
Blue Buffalo

ATTY(S) FOR PLTF(S): _____

ATTY(S) FOR DFT(S): See Attached list

~~DFT PRESENT~~

PARTIES PRESENT FOR: Status conference. Discussion held between Court and counsel. Status conference set for 3/30/15 @ 10:00 am. Order to issue.

WITNESSES:

ATTY(S) PRESENT: _____

COURTROOM TIME: 10:06 am - 10:35 am

**4:14-cv-00859-RWS** Nestle Purina PetCare Company v. The Blue Buffalo Company Ltd.
Rodney W. Sippel, presiding
Date filed: 05/06/2014
Date of last filing: 01/26/2015

# Attorneys

**Richard M. Assmus**
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
312-701-8623
312-706-9125 (fax)
rassmus@mayerbrown.com
  *Assigned: 05/07/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nestle Purina PetCare Company**

*(Counter Defendant)*

**Nestle Purina PetCare Company**

*(Plaintiff)*

**Robert A. Atkins**
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3183
212-492-0183 (fax)
ratkins@paulweiss.com
  *Assigned: 05/21/2014*
  *ATTORNEY TO BE NOTICED*

representing

**The Blue Buffalo Company Ltd.**

*(Counter Claimant)*

**The Blue Buffalo Company Ltd.**

*(Defendant)*

**Blue Buffalo Company, Ltd.**
*(Consolidated Filer Plaintiff)*

**Gerard T. Carmody**
CARMODY MACDONALD P.C.

120 South Central
Suite 1800

**The Blue Buffalo Company Ltd.**

St. Louis, MO 63105
314-854-8600
314-854-8660 (fax)
gtc@carmodymacdonald.com
  Assigned: 05/23/2014
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

representing

*(Counter Claimant)*

**The Blue Buffalo Company Ltd.**

*(Defendant)*

**Blue Buffalo Company, Ltd.**
*(Consolidated Filer Plaintiff)*

**Amy L. Fehr**
CAPES AND SOKOL
7701 Forsyth Boulevard
12th Floor
St. Louis, MO 63105
314-505-5432
314-505-5433 (fax)
fehr@capessokol.com
  Assigned: 12/15/2014
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

representing

**Blue State Digital Inc.**
*(Counter Defendant)*

**Martin Flumenbaum**
PAUL AND WEISS
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3191
212-492-0191 (fax)
mflumenbaum@paulweiss.com
  Assigned: 05/21/2014
  ATTORNEY TO BE NOTICED

representing

**The Blue Buffalo Company Ltd.**

*(Counter Claimant)*

**The Blue Buffalo Company Ltd.**

*(Defendant)*

**Blue Buffalo Company, Ltd.**
*(Consolidated Filer Plaintiff)*

MOED - CM/ECF (LIVE) - Query Attorneys  Page 3 of 8
Case: 4:14-cv-00859-RWS   Doc. #: 150   Filed: 01/26/15   Page: 4 of 9 PageID #: 3832

**Emma C. Harty**
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102
314-259-2319
314-259-2020 (fax)
emma.harty@bryancave.com
  *Assigned: 06/12/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nestle Purina PetCare Company**

*(Counter Defendant)*

**Nestle Purina PetCare Company**

*(Consolidated Filer Defendant)*

**Nestle Purina PetCare Company**

*(Plaintiff)*

**Michael A. Kahn**
CAPES AND SOKOL
7701 Forsyth Boulevard
12th Floor
St. Louis, MO 63105
314-505-5406
314-721-0554 (fax)
kahn@capessokol.com
  *Assigned: 12/15/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Blue State Digital Inc.**
*(Counter Defendant)*

**Sarah J Klebolt**
CARMODY MACDONALD P.C.

120 South Central Ave.
Suite 1800
St. Louis, MO 63105
314-854-8600
314-854-8660 (fax)
sjb@carmodymacdonald.com
  *Assigned: 05/23/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**The Blue Buffalo Company Ltd.**

*(Counter Claimant)*

|  |  |  |
|---|---|---|
|  |  | **The Blue Buffalo Company Ltd.** *(Defendant)* |
|  |  | **Blue Buffalo Company, Ltd.** *(Consolidated Filer Plaintiff)* |
| **David H. Luce** CARMODY MACDONALD P.C.  120 South Central Suite 1800 St. Louis, MO 63105 314-854-8605 314-854-8660 (fax) dhl@carmodymacdonald.com *Assigned: 05/23/2014* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* | representing | **The Blue Buffalo Company Ltd.** *(Counter Claimant)* |
|  |  | **The Blue Buffalo Company Ltd.** *(Defendant)* |
|  |  | **Blue Buffalo Company, Ltd.** *(Consolidated Filer Plaintiff)* |
| **Adeel A. Mangi** PATTERSON AND BELKNAP 1133 Avenue of the Americas New York, NY 10036 212-336-2563 212-336-7947 (fax) aamangi@pbwt.com *Assigned: 06/13/2014* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* | representing | **Blue Buffalo Company, Ltd.** *(Consolidated Filer Plaintiff)* |
|  |  | **The Blue Buffalo Company Ltd.** *(Counter Claimant)* |
|  |  | **The Blue Buffalo Company Ltd.** |

|  |  | *(Defendant)* |
|---|---|---|
| **Jason Scott Meyer**<br>BRYAN CAVE LLP<br>One Metropolitan Square<br>211 N. Broadway<br>Suite 3600<br>St. Louis, MO 63102<br>314-259-2000<br>314-259-2020 (fax)<br>jason.meyer@bryancave.com<br>*Assigned: 12/22/2014*<br>*ATTORNEY TO BE NOTICED* | representing | **Nestle Purina PetCare Company**<br>*(Counter Defendant)* |
|  |  | **Nestle Purina PetCare Company**<br>*(Consolidated Filer Defendant)* |
|  |  | **Nestle Purina PetCare Company**<br>*(Plaintiff)* |
| **Sean H. Murray**<br>PATTERSON AND BELKNAP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2263<br>212-336-2222 (fax)<br>smurray@pbwt.com<br>*Assigned: 06/13/2014*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Blue Buffalo Company, Ltd.**<br>*(Consolidated Filer Plaintiff)* |
|  |  | **The Blue Buffalo Company Ltd.**<br>*(Counter Claimant)* |
|  |  | **The Blue Buffalo Company Ltd.**<br>*(Defendant)* |
| (David A. Roodman) |  |  |

BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102
314-259-2000
314-259-2020 (fax)
daroodman@bryancave.com
  *Assigned: 05/06/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nestle Purina PetCare Company**

*(Counter Defendant)*

**Nestle Purina PetCare Company**

*(Consolidated Filer Defendant)*

**Nestle Purina PetCare Company**

*(Plaintiff)*

**Vivian RM Storm**
PATTERSON AND BELKNAP
1133 Avenue of the Americas
New York, NY 10036
212-336-7624
212-336-2222 (fax)
vstorm@pbwt.com
  *Assigned: 07/17/2014*
  *ATTORNEY TO BE NOTICED*

representing

**The Blue Buffalo Company Ltd.**

*(Counter Claimant)*

**Blue Buffalo Company, Ltd.**
*(Consolidated Filer Plaintiff)*

**The Blue Buffalo Company Ltd.**

*(Counter Claimant)*

**The Blue Buffalo Company Ltd.**

*(Defendant)*

(Charles A. Weiss)
BRYAN CAVE LLP

One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102
314-259-2000
314-259-2020 (fax)
caweiss@bryancave.com
  *Assigned: 12/11/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**PRCG/Haggerty LLC**
*(Counter Defendant)*

**Kristine M. Young**
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
312-701-8162
312-706-9329 (fax)
kyoung@mayerbrown.com
  *Assigned: 05/07/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nestle Purina PetCare Company**

*(Counter Defendant)*


**Nestle Purina PetCare Company**

*(Plaintiff)*

**Steven A. Zalesin**
PATTERSON AND BELKNAP
1133 Avenue of the Americas
New York, NY 10036
212-336-2110
212-336-2111 (fax)
sazalesin@pbwt.com
  *Assigned: 06/13/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Blue Buffalo Company, Ltd.**
*(Consolidated Filer Plaintiff)*


**The Blue Buffalo Company Ltd.**

*(Counter Claimant)*


**The Blue Buffalo Company Ltd.**

*(Defendant)*

**Carmine R. Zarlenga, III**
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
202-263-3227
202-263-5227 (fax)
czarlenga@mayerbrown.com
  *Assigned: 05/07/2014*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Nestle Purina PetCare Company**

*(Counter Defendant)*

**Nestle Purina PetCare Company**

*(Plaintiff)*