UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| vs. ) | Case No.  4:14 CV 859 RWS |
| ) | |
| THE BLUE BUFFALO COMPANY LTD., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## ORDER

In accordance with and for the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED that** the Court's Order of December 16, 2014, granting Plaintiff's Motion for Reconsideration of the Court's Denial of Purina's Motion to Compel Production of Documents Related to the 2014 NAD Decision Against Blue Buffalo #[130], is **VACATED**.  Accordingly, Plaintiff's Motion for Reconsideration of the Court's Denial of Purina's Motion to Compel Production of Documents Related to the 2014 NAD Decision Against Blue Buffalo #[114] is **DENIED**.

**IT IS FURTHER ORDERED that** a status conference is set for **Monday, March 30, 2015 at 10:00 a.m.** in Courtroom 16 South.  Parties shall submit suggested agenda items for the status conference no later than **March 23, 2015**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2015.