IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| THE BLUE BUFFALO COMPANY LTD, | ) |
| Defendant/Counterclaim Plaintiffs, | ) Civil Action No. 4:14-cv-00859-RWS |
| v. | ) |
| BLUE STATE DIGITAL INC., et al., | ) |
| Counterclaim Defendants. | ) |

**UNOPPOSED JOINT MOTION FOR EXTENSION
OF TIME TO SUBMIT REPLY BRIEFS**

Counterclaim Defendants Blue State Digital Inc. and PRCG/Haggerty LLC (together, "Movants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and without objection of Defendant/Counterclaim Plaintiff The Blue Buffalo Company Ltd. ("Blue Buffalo"), respectfully move this Court to grant them a 4-day extension of time to February 13, 2015, within which to file their respective reply briefs in support of their Motions to Dismiss (Docs. 141, 143).  In support of this joint motion, Movants state as follows:

1.  On Friday, January 30, 2015, Blue Buffalo filed its Memorandum of Law (Doc. 155) in opposition to the Motions to Dismiss. That Memorandum is 17 pages long and includes discussions of 47 court opinions.

2.  Movants' reply briefs in support of their Motions to Dismiss are due on Monday, February 9, 2015.

3. Counsel for Blue Buffalo advises that his client does not oppose the requested extension.

4. No party will be prejudiced by a 4-day extension of the briefing schedule.

Wherefore, Movants respectfully request an extension of time to February 13, 2015, within which to submit their reply briefs in support of their Motions to Dismiss.

Respectfully submitted,

| | |
|---|---|
| /s/ Charles A. Weiss | /s/ Michael A. Kahn |
| Charles A. Weiss (#20299MO) | Michael A. Kahn (#35411MO) |
| caweiss@bryancave.com | kahn@capessokol.com |
| David A. Roodman (#38109MO) | Amy L. Fehr (#60033MO) |
| daroodman@bryancave.com | fehr@capessokol.com |
| Bryan Cave LLP | Capes Sokol Goodman & Sarachan PC |
| 211 North Broadway #3600 | 7701 Forsyth Blvd., 12th Floor |
| St. Louis, Missouri 63102 | St. Louis, Missouri 63105 |
| Telephone:  (314) 259-2000 | Tel:  (314) 505-5406 |
| Facsimile:  (314) 259-2020 | Fax: (314) 721-0554 |
| | |
| Attorneys for PRCG/Haggerty LLC | Attorneys for Blue State Digital Inc. |

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, the foregoing was served on all counsel of record via this Court's electronic filing system.

/s/ Michael A. Kahn