# EXHIBIT N

| | |
|---|---|
| **From:** | Doug Haning </O=WECO/OU=WECOCBC/CN=RECIPIENTS/CN=DHANING> |
| **Sent:** | Friday, May 16, 2014 1:29 PM |
| **To:** | Tomas Belloso <TBelloso@wilburellis.com> |
| **Cc:** | Eric Johansen <EJohansen@wilburellis.com>; Rob Fullerton <rfullerton@wilburellis.com>; George Arkoosh <GARKOOSH@wilburellis.com>; Henry Rychlik <HRYCHLIK@wilburellis.com>; Richard Lange <RLANGE@wilburellis.com> |
| **Subject:** | Re: Question about Chicken meal- BB |

---

Not only Rosser changing procedure but all our suppliers

Doug Haning

On May 16, 2014, at 12:25 PM, "Tomas Belloso" <TBelloso@wilburellis.com> wrote:

> Doug is correct. Naturox has to be added in the ingredient deck as **"sunflower oil, natural mixed tocopherols (preservative), Lecithin, Rosemary extract (natural flavor)"** by request of State regulators (especially Texas). Kemin has informed us that the lecithin they use for Naturox is soy based. There are alternatives without "soy-based" lecithin that we could use if this ends up being an issue. Switchin or having an alternative will require additional management and controls at the site.
>
> Soybeans are well-recognized as allergenic foods. The soybean allergens are found in the protein fraction. The vast majority of this protein is removed in the soy lecithin manufacturing process. Soy lecithin does contain trace levels of soy proteins and these have been found to include soy allergens. However, apparently, soy lecithin does not contain sufficient soy protein residues to provoke allergic reactions in the majority of soy-allergic consumers.
>
> Naturox is added at very low levels; 500-1,200 ppm. Lecithin is the 3rd ingredient in Naturox meaning it could only reach max concentration of 400 ppm in the feed ingredient that then will be used to make the final product. The final lecithin concentration in the final product would be even smaller.
>
> The low concentration present in the final food in addition to the low soy protein content should be enough to make the case that this should not be an issue. Solae got half of a win with FDA, were granted one exemption to allergen labeling. Feed ingredients are not subject to allergen labeling. Below FDA's conclusion on Solae's request:
>
> *... Based on this review, FDA concludes that the scientific evidence available at this time demonstrates that each of the Solae soy lecithin products ... as derived by the method specified in the petition, will not cause an allergic response that poses a risk to human health within the meaning of section 403(w)(6) of the FD&C Act when used as a release agent applied to food contact surfaces. Additionally, based on the scientific evidence available at this time, FDA cannot conclude at this time that the Solae soy lecithin products ..., as derived by the method specified in the petition, will not cause an allergic response that poses a risk to human health within the meaning of section 403(w)(6) of the FD&C Act when incorporated into product formulations for use as release agents or dust control agents....*
>
> Rosemary is the last ingredient listed in Naturox and is added as a natural flavor.
>
> I hope this information works. Let me know if you have questions or require additional information.
> Regards,

WE0000304

TOMAS BELLOSO, M.S., Ph.D.
Regulatory Compliance Manager

Wilbur-Ellis Company
Feed Division
2001 SE Columbia River Dr, Ste 200
Vancouver, WA 98661
T 360.816.0730 / C 503.318.9979
tbelloso@wilburellis.com
www.wilburellis.com

---

**From:** Doug Haning
**Sent:** Friday, May 16, 2014 7:27 AM
**To:** Eric Johansen; Rob Fullerton; George Arkoosh
**Cc:** Henry Rychlik; Tomas Belloso; Richard Lange
**Subject:** RE: Question about Chicken meal- BB

The state requires us to write out what's in Naturox instead of saying just Naturox.

---

**From:** Eric Johansen
**Sent:** Friday, May 16, 2014 9:17 AM
**To:** Rob Fullerton; George Arkoosh
**Cc:** Doug Haning; Henry Rychlik; Tomas Belloso; Richard Lange
**Subject:** FW: Question about Chicken meal- BB

More questions from Diversified for BB. Who should be handling these?

---

**From:** Collin McAtee [mailto:cmcatee@diversifiedingredients.com]
**Sent:** Friday, May 16, 2014 5:24 AM
**To:** Darwin Rusu
**Cc:** Eric Johansen; Henry Rychlik
**Subject:** RE: Question about Chicken meal

I actually just read Lecithin can come from soybeans, eggs, milk, marine sources, rapeseed, cottonseed, and/or sunflower and helps to work as a non-stick substance. Please let me know what your Lecithin base is from. Blue hasn't asked and maybe they won't even ask, but I'd like to have the info in advance. I assume the Rosemary is just added in a small amount as flavoring and/or additional stabilization?

Collin McAtee
Diversified Ingredients
Ph: 800-727-1267
Fax: 636-200-9033

---

**From:** Collin McAtee
**Sent:** Friday, May 16, 2014 7:17 AM
**To:** 'Darwin Rusu'
**Cc:** 'Eric Johansen'; Henry Rychlik
**Subject:** Question about Chicken meal

Could you explain the components of Lecithin and Rosemary extract in the Chicken Meal? What is

WE0000305

the % of that and what is it's role in the Chicken Meal? Blue's general specs are no corn, wheat, or soy I believe. Isn't Lecithin is a soy based ingredient, so I'm wondering if that will present a problem. I've sent them your BOL this morning and I will find out, but if you could elaborate on when the Lecithin and Rosemary is added and for what purpose, that would be helpful.

Thank you,


Collin McAtee
Diversified Ingredients
Ph: 800-727-1267
Fax: 636-200-9033

WE0000306