# EXHIBIT P

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

NESTLE PURINA PETCARE COMPANY,     )
                                   )
     Plaintiff,                    )
                                   )
     v.                            )
                                   ) No 4:14-CV-859 RWS
BLUE BUFFALO COMPANY, LTD.,        )
                                   )
     Defendant.                    )

                         MOTION HEARING
              BEFORE THE HONORABLE RODNEY W. SIPPEL
                  UNITED STATES DISTRICT JUDGE
                        OCTOBER 22, 2014

APPEARANCES:
For Plaintiff:         Richard M. Assmus, Esq.
                       MAYER BROWN LLP
                       71 S. Wacker Drive
                       Chicago, IL  60606

                       David A. Roodman, Esq.
                       Emma C. Harty, Esq.
                       BRYAN CAVE LLP
                       211 North Broadway, Suite 3600
                       St. Louis, MO  63102

For Defendant:         Steven A. Zalesin, Esq.
                       Adeel  A. Mangi, Esq.
                       PATTERSON AND BELKNAP
                       1133 Avenue of the Americas
                       New York, NY  10036


(Appearances continued on Page 2)

REPORTED BY:           SHANNON L. WHITE, RMR, CRR, CSR, CCR
                       Official Court Reporter
                       United States District Court
                       111 South Tenth Street, Third Floor
                       St. Louis, MO  63102
                       (314) 244-7966



PRODUCED BY COURT REPORTER COMPUTER-AIDED TRANSCRIPTION
```

1  Your Honor, in our view, are far too slim of a read on which
2  to hang discovery that potentially dwarfs anything about
3  by-product meal because they want every document at the
4  company about every ingredient.
5           MR. ASSMUS:  Two things, Your Honor.  With respect to
6  the LifeSource bits, the LifeSource bits claims are pervasive
7  in Blue Buffalo's advertising.  All their dry dog food has
8  these LifeSource bits.  And so what we're asking for, based on
9  the claims that we're challenging with respect to the
10  LifeSource bits, is to know what they want their co-packers to
11  put in those LifeSource bits so that we can assess their
12  nutritional content.
13           They claim those LifeSource bits give superior
14  nutrition.  They claim those LifeSource bits have certain
15  levels of vitamins and minerals, and they further claim that
16  that leads to health benefits for pets.
17           THE COURT:  He told you they're going to provide you
18  the nutrition panel -- or what the exact word was -- for
19  LifeSource bits.
20           MR. MANGI:  Yes, Your Honor.  It's the nutrient
21  profile.  And that's the language we've used from the start in
22  the general objection that's at issue here.
23           THE COURT:  I'm condemning me and you to getting
24  together on a frequent basis, but they're going to produce
25  that information, and you'll see what we have.

90

1          Likewise, as I was listening, the more persuasive
2   thing to me was you've alleged that there's preservatives, and
3   you identify the chicken by-product meal as the source of
4   those preservatives, and so we're going to limit the scope of
5   that "ask" to the pleadings in the -- as pled.
6          If you have other information, I mean -- just by
7   doing that, you can't open up the whole world by saying there
8   might be preservatives somewhere else.  I mean, one of the
9   hard parts is the Twombly and Iqbal issue, and I -- but we're
10  just not going to go from zero to a hundred miles an hour.
11  We're going to see where it takes us.  And we're going to take
12  it in phases.  If it explodes on us, it explodes on us.  If
13  it's contained, it stays contained.  But this case has the
14  potential to spiral out of control if we don't take it in
15  stages and steps.
16         That means we get to get together more often than
17  most cases, but that's what we're going to do, and we'll see
18  where we are.  So granted in part and denied in part --
19         MR. ASSMUS:  Thank you, Your Honor.
20         THE COURT:  -- based on the focus on the chicken
21  by-product meal.
22         What else do we need to talk about today?  We have
23  some issues we can't reach because we are missing a lawyer,
24  right?
25         MR. ZALESIN:  Yes, Your Honor.  We agreed, the