IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NESTLÉ PURINA PETCARE COMPANY, ) <br> ) <br>     Plaintiff / Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> BLUE BUFFALO COMPANY LTD., ) <br> ) <br>     Defendant / Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLUE STATE DIGITAL INC., ) <br> PRCG/HAGGERTY LLC AND JOHN DOES 1-8 ) <br> ) <br>     Counterclaim Defendants. ) | Case No.  4:14-cv-00859-RWS <br><br> JURY TRIAL DEMANDED |

# PURINA'S MOTION TO COMPEL BLUE BUFFALO'S PRODUCTION OF DOCUMENTS AND MEMORANDUM IN SUPPORT THEREOF

# [FILED UNDER SEAL]