# Exhibit 10

# Trice, D. Brandon (x2606)

| | |
|---|---|
| **From:** | Assmus, Richard M. <RAssmus@mayerbrown.com> |
| **Sent:** | Friday, March 27, 2015 3:55 PM |
| **To:** | Mangi, Adeel A. (x2563); Ginsberg, Melissa (x2153) |
| **Cc:** | Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Roodman, David; Zarlenga, Carmine R.; Zahalka, Lori; Young, Kristine M. |
| **Subject:** | RE: Purina v. Blue Buffalo -- discovery conference follow-up |

Yes, we don't see the relevance to any claims in the case. In contrast, Blue Buffalo's statements to the FDA are admissions directly relevant to Purina's claims.

Rich

++++++++++++++++++++++++
Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-8623
rassmus@mayerbrown.com


**From:** Mangi, Adeel A. (x2563) [mailto:aamangi@pbwt.com]
**Sent:** Friday, March 27, 2015 2:53 PM
**To:** Assmus, Richard M.; Ginsberg, Melissa (x2153)
**Cc:** Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Roodman, David; Zarlenga, Carmine R.; Zahalka, Lori; Young, Kristine M.
**Subject:** RE: Purina v. Blue Buffalo -- discovery conference follow-up

Richard: So we can accurately characterize your position in our brief, can you please explain why you believe Blue Buffalo should produce its correspondence with the FDA about Wilbur Ellis and this litigation while Nestle Purina should not?

Thanks
Adeel

**From:** Assmus, Richard M. [mailto:RAssmus@mayerbrown.com]
**Sent:** Friday, March 27, 2015 3:33 PM
**To:** Ginsberg, Melissa (x2153)
**Cc:** Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Roodman, David; Zarlenga, Carmine R.; Zahalka, Lori; Young, Kristine M.; Mangi, Adeel A. (x2563)
**Subject:** RE: Purina v. Blue Buffalo -- discovery conference follow-up

Melissa—

We can confirm that Purina is standing on its objection to your request for FDA materials.

Rich

1

+++++++++++++++++++++++++
Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-8623
rassmus@mayerbrown.com

---

**From:** Assmus, Richard M.
**Sent:** Friday, March 27, 2015 1:14 PM
**To:** 'Ginsberg, Melissa (x2153)'
**Cc:** Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Roodman, David; Zarlenga, Carmine R.; Zahalka, Lori; Young, Kristine M.; Mangi, Adeel A. (x2563)
**Subject:** RE: Purina v. Blue Buffalo -- discovery conference follow-up

Melissa—

We do not yet have a final position on that owing to travel schedules.

Rich

+++++++++++++++++++++++++
Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-8623
rassmus@mayerbrown.com

---

**From:** Ginsberg, Melissa (x2153) [mailto:mginsberg@pbwt.com]
**Sent:** Thursday, March 26, 2015 3:39 PM
**To:** Assmus, Richard M.
**Cc:** Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Roodman, David; Zarlenga, Carmine R.; Zahalka, Lori; Young, Kristine M.; Mangi, Adeel A. (x2563)
**Subject:** RE: Purina v. Blue Buffalo -- discovery conference follow-up

Richard,

We understand that you are considering our proposal concerning Request No. 120.  Can you please let us know when we can expect a response? As you know, our opposition to Nestlé Purina's motion to compel is due tomorrow.

Regards,
Melissa

**Melissa Ginsberg**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2153

**From:** Assmus, Richard M. [mailto:RAssmus@mayerbrown.com]
**Sent:** Wednesday, March 25, 2015 5:53 PM

2

**To:** Mangi, Adeel A. (x2563)
**Cc:** Zalesin, Steven A. (x2110); Storm, Vivian (x7624); Ginsberg, Melissa (x2153); Roodman, David; Zarlenga, Carmine R.; Zahalka, Lori; Young, Kristine M.
**Subject:** Purina v. Blue Buffalo -- discovery conference follow-up

Please see the attached.

++++++++++++++++++++++++
Richard M. Assmus
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-8623
rassmus@mayerbrown.com

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.