UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BLUE BUFFALO COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> WILBUR-ELLIS COMPANY LLC and DIVERSIFIED INGREDIENTS, INC., <br><br> Defendants. <br><br> AND RELATED ACTIONS | Case No. 4:14-cv-00859-RWS |

### RULE 53 MASTER'S ORDER NO. 13
### (In-Camera Review of Blue Buffalo Legal Bills)

The Court's Special Master ("CSM") has completed an *in-camera* review of redacted entries on legal bills listed on two Blue Buffalo privilege logs designated "Redactions Log – May 2014 Patterson Bill (Nestlé Lawsuit)" and "Redactions Log – Paul Weiss Bill May 2014 (Nestlé Lawsuit)" (together, the "Legal Bill Logs").

Attached are the Legal Bill Logs with the CSM's ruling on entries on the logged bills highlighted for *in-camera* review. The rulings may be found in the "Special Master Ruling" column of both Legal Bill Logs.

The CSM has deferred ruling on two entries on the "Patterson Log" and will submit those entries to the Court for its consideration.

Blue Buffalo shall produce the information requested in green in the Special Master Ruling column of the Legal Bill Logs to the CSM *instanter.*

Subject to its right to object (set forth below), Blue Buffalo shall produce *instanter* and without disallowed redactions the documents as to which privilege objections were overruled.

**The parties are reminded of their right to object to this Order under Fed. R. Civ. P. 53(f) and the 7-day deadline set for objection in Paragraph 7 of Judge Sippel's May 1, 2020 Order appointing the CSM.[1]**

DATED: December 29, 2021

/s/ *Bradley A. Winters*
BRADLEY A. WINTERS
Rule 53 Special Master

---

[1] Dkt. No. 1556.